**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**ARMANI LEE , ET AL. ,**                    Case No.     2:18−CV−02081−KJN
Plaintiff(s)/Petitioner(s),

ORDER RE CONSENT
vs.                                                   OR REQUEST FOR REASSIGNMENT

**COUNTY OF SACRAMENTO ,**
Defendant(s)/Respondents(s).

    **This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.**

    **Therefore, within 30 days, the parties shall complete and return this form to the court.**

    **However, the parties are advised that they are free to withhold consent without adverse substantive consequences.**

**IT IS SO ORDERED.**

Dated:     7/31/18                                     /s/ − Kendall J. Newman
                                                                       United States Magistrate Judge

---

**IMPORTANT**: You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

---

☐     *CONSENT* **TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE**

**The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.**

Signature: _____

Date: _____

Print Name: _____

( ) Plaintiff/Petitioner   ( ) Defendant/Respondent   ( ) Counsel for *

---

☐     *DECLINE* **OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

**The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.**

Signature: _____

Date: _____

Print Name: _____

( ) Plaintiff/Petitioner   ( ) Defendant/Respondent   ( ) Counsel for *

---

*If counsel of record, list name of each party responding: _____
_____