**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**ARMANI LEE , ET AL. ,**                                            Case No.        2:18−CV−02081−KJN
Plaintiff(s)/Petitioner(s),
                                                                                    ORDER RE CONSENT
vs.                                                                                 OR REQUEST FOR REASSIGNMENT

**COUNTY OF SACRAMENTO ,**
Defendant(s)/Respondents(s).

   **This case was randomly assigned to a Magistrate Judge.  A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302.  However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c).  If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals.  If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.**

   **Therefore, within 30 days, the parties shall complete and return this form to the court.**

   **However, the parties are advised that they are free to withhold consent without adverse substantive consequences.**

**IT IS SO ORDERED.**

Dated:       8/10/18                                                        /s/ − Kendall J. Newman
                                                                           United States Magistrate Judge

---

**IMPORTANT**:  You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

---

☐         *CONSENT* **TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE**

**The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.**

                                                    Signature: _____

   Date: _____

                                                    Print Name: _____

                                                       ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

---

☐         *DECLINE* **OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR**
            **REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

**The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.**

                                                    Signature: _____

   Date: _____

                                                    Print Name: _____

                                                       ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

---

*If counsel of record, list name of each party responding: _____
_____