UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al., | No. 2:18-cv-2081 KJN P |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

On September 4, 2018, the parties filed a stipulation that defendant may have an additional twenty-eight days, or until October 2, 2018, to file its response to the complaint. (ECF No. 8.) Good cause appearing, IT IS HEREBY ORDERED that defendant is granted until October 2, 2018 in which to file its response to the complaint.

Dated: September 10, 2018

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.eot