**TODD H. MASTER [SBN. 185881]**
**tmaster@hrmrlaw.com**
**SHAWN M. RIDLEY [SBN. 144311]**
**sridley@hrmrlaw.com**
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendant
COUNTY OF SACRAMENTO

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and COCEY GARLAND, on behalf of themselves and others similarly situated,

Plaintiffs,

vs.

COUNTY OF SACRAMENTO,

Defendant.

Case No. 2:18-cv-2081 TLJ KJN (PC)

**DEFENDANT COUNTY OF SACRAMENTO'S ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**

Defendant COUNTY OF SACRAMENTO ("County" or "Defendant") by and through its undersigned counsel, respectfully submits this answer to Plaintiffs' unverified Class Action Complaint for Injunctive and Declaratory Relief (Complaint):

## I. ANSWER – ADMISSIONS AND DENIALS

### NATURE OF THE ACTION

1. Answering the Nature of the Action allegations in Paragraph 1 of the Complaint, County denies the factual allegations. To the extent that Plaintiffs have alleged legal conclusions,

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

no response is required.

2. Answering the Nature of the Action allegations in Paragraph 2 of the Complaint, County denies the factual allegations. With respect to the remaining allegations, which include unsupported opinions or conclusions, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.

3. Answering the Nature of the Action allegations in Paragraph 3 of the Complaint, County denies the factual allegations. With respect to the remaining allegations, which include unsupported opinions or conclusions, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.

4. Answering the Nature of the Action allegations in Paragraph 4 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported opinions and conclusions, and on that basis denies them.

5. Answering the Nature of the Action allegations in Paragraph 5 of the Complaint, County denies the factual allegations contained in the first five sentences. With respect to the remaining allegations, which include unsupported opinions or conclusions, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.

6. Answering the Nature of the Action allegations in Paragraph 6 of the Complaint, County denies the factual allegations.

7. Answering the Nature of the Action allegations in Paragraph 7 of the Complaint, County states the allegations constitute Plaintiffs' characterization of written reports to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

8. Answering the Nature of the Action allegations in Paragraph 8 of the Complaint,

County states the allegations constitute Plaintiffs' characterization of written reports to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.   To the extent Plaintiffs' allegations are directed against County, they are denied.

9.      Answering the Nature of the Action allegations in Paragraph 9 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.   To the extent Plaintiffs' allegations are directed against County, they are denied.

10.     Answering the Nature of the Action allegations in Paragraph 10 of the Complaint, County admits the factual allegations.

11.     Answering the Nature of the Action allegations in Paragraph 11 of the Complaint, County admits that it retained experts to assess jail conditions and to make recommendations. With respect to the remaining allegations, which constitute Plaintiffs' characterization of written reports, no response by County is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.   To the extent Plaintiffs' allegations are directed against County, they are denied.

12.     Answering the Nature of the Action allegations in Paragraph 12 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

13.     Answering the Nature of the Action allegations in Paragraph 13 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

14.     Answering the Nature of the Action allegations in Paragraph 14 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

15.     Answering the Nature of the Action allegations in Paragraph 15 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

16.     Answering the Nature of the Action allegations in Paragraph 16 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

17.     Answering the Nature of the Action allegations in Paragraph 17 of the Complaint, County denies the factual allegations contained in the first and fifth sentences.   With respect to the

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.

18. Answering the Nature of the Action allegations in Paragraph 18 of the Complaint, County states that Plaintiffs have alleged a legal conclusion to which no response is required. To the extent that Plaintiffs' allegations are directed against County, they are denied.

**JURISDICTION**

19. Answering the Jurisdiction allegations in Paragraph 19 of the Complaint, County states that Plaintiffs have alleged a legal conclusion to which no response is required. To the extent that a response is deemed required, the allegations are denied.

20. Answering the Jurisdiction allegations in Paragraph 20 of the Complaint, County states that Plaintiffs have alleged a legal conclusion to which no response is required. To the extent that a response is deemed required, the allegations are denied.

**VENUE**

21. Answering the Venue allegations in Paragraph 21 of the Complaint, County states that Plaintiffs have alleged a legal conclusion to which no response is required.

**PARTIES**

22. Answering the Parties allegations in Paragraph 22 of the Complaint, County denies the factual allegations contained in the third and fifth sentences. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them. County states that Plaintiffs have alleged a legal conclusion regarding Plaintiff Lorenzo Mays' status to which no response is required.

23. Answering the Parties allegations in Paragraph 23 of the Complaint, County denies the factual allegations contained in the third and fourth sentences. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to

the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.  County states that Plaintiffs have alleged a legal conclusion regarding Plaintiff Ricky Richardson's status to which no response is required.

24.     Answering the Parties allegations in Paragraph 24 of the Complaint, County denies the factual allegations contained in the fourth sentence.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them. County states that Plaintiffs have alleged a legal conclusion regarding Plaintiff Jennifer Bothun's status to which no response is required.

25.     Answering the Parties allegations in Paragraph 25 of the Complaint, County denies the factual allegations contained in the second and fourth sentences.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.  County states that Plaintiffs have alleged a legal conclusion regarding Plaintiff Armani Lee's status to which no response is required.

26.     Answering the Parties allegations in Paragraph 26 of the Complaint, County denies the factual allegations contained in the third and fourth sentences.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.  County states that Plaintiffs have alleged a legal conclusion regarding Plaintiff Leertese Beirge's status to which no response is required.

27.     Answering the Parties allegations in Paragraph 27 of the Complaint, County admits that Plaintiff is a sentenced inmate with a history of glaucoma and allergies.  County denies the factual allegations contained in the third sentence.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

County states that Plaintiffs have alleged a legal conclusion regarding Plaintiff Cody Garland's status to which no response is required.

28. Answering the Parties allegations in Paragraph 28 of the Complaint, County admits that it is a public entity. County denies the remaining allegations in this paragraph.

29. Answering the Parties allegations in Paragraph 29 of the Complaint, County denies the factual allegations. To the extent that Plaintiffs have alleged legal conclusions, no response is required.

## FACTUAL ALLEGATIONS

30. Answering the Factual Allegations in Paragraph 30 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them. To the extent that Plaintiffs' allegations are directed against County, they are denied.

31. Answering the Factual Allegations in Paragraph 31 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported conclusions or opinions, and on that basis denies them. To the extent that Plaintiffs' allegations are directed against County, they are denied.

32. Answering the Factual Allegations in Paragraph 32 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported conclusions or opinions, and on that basis denies them. To the extent that Plaintiffs' allegations are directed against County, they are denied.

33. Answering the Factual Allegations in Paragraph 33 of the Complaint, County denies the factual allegations.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

34.     Answering the Factual Allegations in Paragraph 34 of the Complaint, County denies the factual allegations.  With respect to the remaining allegations, which include unsupported opinions or conclusions, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.

35.     Answering the Factual Allegations in Paragraph 35 of the Complaint, County denies the factual allegations.

36.     Answering the Factual Allegations in Paragraph 36 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.

37.     Answering the Factual Allegations in Paragraph 37 of the Complaint, County states the allegations constitute Plaintiffs' characterization of written reports to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

38.     Answering the Factual Allegations in Paragraph 38 of the Complaint, County states the allegations constitute unsupported opinions, conclusions and Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them. To the extent that Plaintiffs' allegations are directed against County, they are denied.

39.     Answering the Factual Allegations in Paragraph 39 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.   To the extent that Plaintiffs' allegations

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

are directed against County, they are denied.

40.     Answering the Factual Allegations in Paragraph 40 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

41.     Answering the Factual Allegations in Paragraph 41 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

42.     Answering the Factual Allegations in Paragraph 42 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

43.     Answering the Factual Allegations in Paragraph 43 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

44.     Answering the Factual Allegations in Paragraph 44 of the Complaint, County states

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them. To the extent that Plaintiffs' allegations are directed against County, they are denied.

45. Answering the Factual Allegations in Paragraph 45 of the Complaint, County states the allegations constitute unsupported opinions, conclusions and Plaintiffs' characterization of written reports to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which include unsupported opinions or conclusions, and on that basis denies them. To the extent that Plaintiffs' allegations are directed against County, they are denied.

46. Answering the Factual Allegations in Paragraph 46 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent that Plaintiffs' allegations are directed against County, they are denied.

47. Answering the Factual Allegations in Paragraph 47 of the Complaint, County denies the factual allegations.

48. Answering the Factual Allegations in Paragraph 48 of the Complaint, County denies the factual allegations.

49. Answering the Factual Allegations in Paragraph 49 of the Complaint, County denies the factual allegations.

50. Answering the Factual Allegations in Paragraph 50 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

51.     Answering the Factual Allegations in Paragraph 51 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent that Plaintiffs' allegations are directed against County, they are denied.

52.     Answering the Factual Allegations in Paragraph 52 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent that Plaintiffs' allegations are directed against County, they are denied.

53.     Answering the Factual Allegations in Paragraph 53 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  Some of the allegations constitute Plaintiffs' characterization of at least one written report to which no response is required.  To the extent that Plaintiffs' allegations are directed against County, they are denied.

54.     Answering the Factual Allegations in Paragraph 54 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  Some of the allegations constitute Plaintiffs' characterization of at least one written report and other documents to which no response is required.  To the extent that Plaintiffs' allegations are directed against County, they are denied.

55.     Answering the Factual Allegations in Paragraph 55 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent Plaintiffs' allegations are directed against County, they are denied.

56.     Answering the Factual Allegations in Paragraph 56 of the Complaint, County denies the factual allegations contained in the first and sixth sentences.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

57.     Answering the Factual Allegations in Paragraph 57 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent Plaintiffs' allegations are directed against County, they are denied.

58.     Answering the Factual Allegations in Paragraph 58 of the Complaint, County states the allegations in the first sentence constitute Plaintiffs' characterization of written reports to which no response is required.   With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent Plaintiffs' allegations are directed against County, they are denied.

59.     Answering the Factual Allegations in Paragraph 59 of the Complaint, County denies the factual allegations.  Some of Plaintiffs' allegations constitute their characterization of written documents to which no response is required.  To the extent that a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

60.     Answering the Factual Allegations in Paragraph 60 of the Complaint, County states the allegations constitute Plaintiffs' characterization of written reports to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent that Plaintiffs' allegations are directed against County, they are denied.

61.     Answering the Factual Allegations in Paragraph 61 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations,

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

62. Answering the Factual Allegations in Paragraph 62 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

63. Answcring thc Factual Allcgations in Paragraph 63 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

64. Answering the Factual Allegations in Paragraph 64 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

65. Answering the Factual Allegations in Paragraph 65 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied. Plaintiffs' allegations related to the Disability Rights California report and other written reports constitute a characterization of written reports to which no response is required.

66. Answering the Factual Allegations in Paragraph 66 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

67.     Answering the Factual Allegations in Paragraph 67 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

68.     Answering the Factual Allegations in Paragraph 68 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

69.     Answering the Factual Allegations in Paragraph 69 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.   To the extent Plaintiffs' allegations are directed against County, they are denied.

70.     Answering the Factual Allegations in Paragraph 70 of the Complaint, County denies the factual allegations in the first sentence.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

71.     Answering the Factual Allegations in Paragraph 71 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.   To the extent Plaintiffs' allegations are directed against County, they are denied.

72.     Answering the Factual Allegations in Paragraph 72 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations,

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent Plaintiffs' allegations are directed against County, they are denied.

73.     Answering the Factual Allegations in Paragraph 73 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.   To the extent Plaintiffs' allegations are directed against County, they are denied.

74.     Answering the Factual Allegations in Paragraph 74 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.   To the extent Plaintiffs' allegations are directed against County, they are denied.

75.     Answering the Factual Allegations in Paragraph 75 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.    To the extent Plaintiffs' allegations are directed against County, they are denied.

76.     Answering the Factual Allegations in Paragraph 76 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.    To the extent Plaintiffs' allegations are directed against County, they are denied.   No response is required for allegations based on Plaintiffs' characterization of written reports.

77.     Answering the Factual Allegations in Paragraph 77 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent Plaintiffs' allegations are directed against County, they are denied.

78.     Answering the Factual Allegations in Paragraph 78 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

79.     Answering the Factual Allegations in Paragraph 79 of the Complaint, County denies the factual allegations contained in the first sentence.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

80.     Answering the Factual Allegations in Paragraph 80 of the Complaint, County denies the factual allegations contained in the first sentence.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

81.     Answering the Factual Allegations in Paragraph 81 of the Complaint, County denies the factual allegations contained in the first and fourth sentences.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

82.     Answering the Factual Allegations in Paragraph 82 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.   To the extent that Plaintiffs' allegations are directed against County, they are denied.

83.     Answering the Factual Allegations in Paragraph 83 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.   To the extent Plaintiffs' allegations are directed against County, they are denied.

84.     Answering the Factual Allegations in Paragraph 84 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.   To the

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

extent Plaintiffs' allegations are directed against County, they are denied.

85.     Answering the Factual Allegations in Paragraph 85 of the Complaint, County denies the factual allegations.

86.     Answering the Factual Allegations in Paragraph 86 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.    To the extent Plaintiffs' allegations are directed against County, they are denied.

87.     Answering the Factual Allegations in Paragraph 87 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.    To the extent Plaintiffs' allegations are directed against County, they are denied.

88.     Answering the Factual Allegations in Paragraph 88 of the Complaint, County denies the factual allegations contained in the first sentence.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.    To the extent Plaintiffs' allegations are directed against County, they are denied.

89.     Answering the Factual Allegations in Paragraph 89 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.    To the extent Plaintiffs' allegations are directed against County, they are denied.

90.     Answering the Factual Allegations in Paragraph 90 of the Complaint, County denies the factual allegations.

91.     Answering the Factual Allegations in Paragraph 91 of the Complaint, County denies the factual allegations.

92.     Answering the Factual Allegations in Paragraph 92 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations,

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

which contain unsupported conclusions and opinions, and on that basis denies them.    To the extent Plaintiffs' allegations are directed against County, they are denied.

93.     Answering the Factual Allegations in Paragraph 93 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent that Plaintiffs' allegations are directed against County, they are denied.

94.     Answering the Factual Allegations in Paragraph 94 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent that Plaintiffs' allegations are directed against County, they are denied.

95.     Answering the Factual Allegations in Paragraph 95 of the Complaint, County states the allegations constitute Plaintiffs' characterization of written reports to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent that Plaintiffs' allegations are directed against County, they are denied.

96.     Answering the Factual Allegations in Paragraph 96 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.    To the extent Plaintiffs' allegations are directed against County, they are denied.

97.     Answering the Factual Allegations in Paragraph 97 of the Complaint, County denies the factual allegations in the first sentence.  With respect to the remaining allegations,

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

98.     Answering the Factual Allegations in Paragraph 98 of the Complaint, County denies the factual allegations in the first sentence.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

99.     Answering the Factual Allegations in Paragraph 99 of the Complaint, County denies the factual allegations.

100.     Answering the Factual Allegations in Paragraph 100 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

101.     Answering the Factual Allegations in Paragraph 101 of the Complaint, County denies the factual allegations in the first sentence.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

102.     Answering the Factual Allegations in Paragraph 102 of the Complaint, County denies the factual allegations in the first and third sentences.  With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

103.     Answering the Factual Allegations in Paragraph 103 of the Complaint, County states the allegations constitute Plaintiffs' characterization of written reports to which no response is required.   To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.  To the extent Plaintiffs' allegations are

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

directed against County, they are denied.

104. Answering the Factual Allegations in Paragraph 104 of the Complaint, County admits that Plaintiff Beirge has been placed in multipurpose rooms or class rooms on at least four occasions. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.

105. Answering the Factual Allegations in Paragraph 105 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied. Plaintiffs' allegations include their characterization of expert reports to which no response is required.

106. Answering the Factual Allegations in Paragraph 106 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied. Plaintiffs' allegations include their characterization of expert reports to which no response is required.

107. Answering the Factual Allegations in Paragraph 107 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

108. Answering the Factual Allegations in Paragraph 108 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied. Plaintiffs' allegations include their characterization of written research to which no response is required.

109. Answering the Factual Allegations in Paragraph 109 of the Complaint, County

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied. Plaintiffs' allegations include their characterization of a written report to which no response is required.

110. Answering the Factual Allegations in Paragraph 110 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

111. Answering the Factual Allegations in Paragraph 111 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.

112. Answering the Factual Allegations in Paragraph 112 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

113. Answering the Factual Allegations in Paragraph 113 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them.

114. Answering the Factual Allegations in Paragraph 114 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

115. Answering the Factual Allegations in Paragraph 115 of the Complaint, County denies the factual allegations. Plaintiffs' allegations include a legal conclusion to which no response is required.

116. Answering the Factual Allegations in Paragraph 116 of the Complaint, County

states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

117. Answering the Factual Allegations in Paragraph 117 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

118. Answering the Factual Allegations in Paragraph 118 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

119. Answering the Factual Allegations in Paragraph 119 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

120. Answering the Factual Allegations in Paragraph 120 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

121. Answering the Factual Allegations in Paragraph 121 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

122. Answering the Factual Allegations in Paragraph 122 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

To the extent Plaintiffs' allegations are directed against County, they are denied.

123. Answering the Factual Allegations in Paragraph 123 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

124. Answering the Factual Allegations in Paragraph 124 of the Complaint, County denies the factual allegations.

125. Answering the Factual Allegations in Paragraph 125 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

126. Answering the Factual Allegations in Paragraph 126 of the Complaint, County denies the factual allegations.

127. Answering the Factual Allegations in Paragraph 127 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

128. Answering the Factual Allegations in Paragraph 128 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

129. Answering the Factual Allegations in Paragraph 129 of the Complaint, County denies the factual allegations in the second sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

130. Answering the Factual Allegations in Paragraph 130 of the Complaint, County

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

DEFENDANT COUNTY OF SACRAMENTO'S ANSWER TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; Case No. 2:18-cv-2081 TLJ KJN (PC)
23

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

denies the factual allegations in this paragraph.

131. Answering the Factual Allegations in Paragraph 131 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

132. Answering the Factual Allegations in Paragraph 132 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficicnt to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

133. Answering the Factual Allegations in Paragraph 133 of the Complaint, County denies the factual allegations contained in the third and fourth sentences. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

134. Answering the Factual Allegations in Paragraph 134 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

135. Answering the Factual Allegations in Paragraph 135 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

136. Answering the Factual Allegations in Paragraph 136 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

137. Answering the Factual Allegations in Paragraph 137 of the Complaint, County

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

138. Answering the Factual Allegations in Paragraph 138 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

139. Answering the Factual Allegations in Paragraph 139 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. Plaintiffs' allegations include their characterization of a written report to which no response is required.

140. Answering the Factual Allegations in Paragraph 140 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

141. Answering the Factual Allegations in Paragraph 141 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

142. Answering the Factual Allegations in Paragraph 142 of the Complaint, County denies the factual allegations.

143. Answering the Factual Allegations in Paragraph 143 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported

conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

144. Answering the Factual Allegations in Paragraph 144 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

145. Answering the Factual Allegations in Paragraph 145 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

146. Answering the Factual Allegations in Paragraph 146 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

147. Answering the Factual Allegations in Paragraph 147 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

148. Answering the Factual Allegations in Paragraph 148 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

149. Answering thc Factual Allegations in Paragraph 149 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

150. Answering the Factual Allegations in Paragraph 150 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

151. Answering the Factual Allegations in Paragraph 151 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

152. Answering the Factual Allegations in Paragraph 152 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or

knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

153. Answering the Factual Allegations in Paragraph 153 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

154. Answering the Factual Allegations in Paragraph 154 of the Complaint, County denies the factual allegations.

155. Answering the Factual Allegations in Paragraph 155 of the Complaint, County denies the factual allegations.

156. Answering the Factual Allegations in Paragraph 156 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

157. Answering the Factual Allegations in Paragraph 157 of the Complaint, County denies the factual allegations contained in the first two sentences. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. Plaintiffs' allegations include their characterization of an expert's written report to which no response is required.

158. Answering the Factual Allegations in Paragraph 158 of the Complaint, County denies the factual allegations contained in the first two sentences. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

159. Answering the Factual Allegations in Paragraph 159 of the Complaint, County denies the factual allegations.

160. Answering the Factual Allegations in Paragraph 160 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

161. Answering the Factual Allegations in Paragraph 161 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

162. Answering the Factual Allegations in Paragraph 162 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

163. Answering the Factual Allegations in Paragraph 163 of the Complaint, County denies the factual allegations.

164. Answering the Factual Allegations in Paragraph 164 of the Complaint, County denies the factual allegations.

165. Answering the Factual Allegations in Paragraph 165 of the Complaint, County denies the factual allegations contained in the first two sentences. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. Plaintiffs' allegations include a characterization of an expert's written report to which no response is required.

166. Answering the Factual Allegations in Paragraph 166 of the Complaint, County denies the factual allegations.

167. Answering the Factual Allegations in Paragraph 167 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

168. Answering the Factual Allegations in Paragraph 168 of the Complaint, County denies the factual allegations contained in the first and sixth sentences. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

169. Answering the Factual Allegations in Paragraph 169 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

170. Answering the Factual Allegations in Paragraph 170 of the Complaint, County denies the factual allegations contained in the first and third sentences. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

171. Answering the Factual Allegations in Paragraph 171 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

172. Answering the Factual Allegations in Paragraph 172 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

denies them.

173. Answering the Factual Allegations in Paragraph 173 of the Complaint, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

174. Answering the Factual Allegations in Paragraph 174 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

175. Answering the Factual Allegations in Paragraph 175 of the Complaint, County denies the factual allegations.

176. Answering the Factual Allegations in Paragraph 176 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

177. Answering the Factual Allegations in Paragraph 177 of the Complaint, County denies the factual allegations contained in the first sentence. With respect to the remaining allegations, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations, which contain unsupported conclusions and opinions, and on that basis denies them.

178. Answering the Factual Allegations in Paragraph 178 of the Complaint, County denies the factual allegations.

179. Answering the Factual Allegations in Paragraph 179 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or

knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

180. Answering the Factual Allegations in Paragraph 180 of the Complaint, County states the allegations constitute Plaintiffs' characterization of a written report to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

181. Answering the Factual Allegations in Paragraph 181 of the Complaint, County states the allegations constitute Plaintiffs' characterization of written reports to which no response is required. To the extent a response is deemed required, County states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations and on that basis denies them. To the extent Plaintiffs' allegations are directed against County, they are denied.

## CLASS ACTION ALLEGATIONS

182. Answering the Class Action Allegations in Paragraph 182, County states Plaintiffs have alleged a legal conclusion to which no response is required.

183. Answering the Class Action Allegations in Paragraph 183, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

184. Answering the Class Action Allegations in Paragraph 184, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

185. Answering the Class Action Allegations in Paragraph 185, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

186. Answering the Class Action Allegations in Paragraph 186, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

187. Answering the Class Action Allegations in Paragraph 187, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

188. Answering the Class Action Allegations in Paragraph 188, County denies the

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

189. Answering the Class Action Allegations in Paragraph 189, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required. Plaintiffs' allegations include their characterization of written reports and other documents to which no response is required.

190. Answering the Class Action Allegations in Paragraph 190, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

191. Answering the Class Action Allegations in Paragraph 191, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

192. Answering the Class Action Allegations in Paragraph 192, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

193. Answering the Class Action Allegations in Paragraph 193, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

**CLAIMS FOR RELIEF**

**FIRST CAUSE OF ACTION**

194. County incorporates by reference its answers and responses to Paragraphs 1 through 193.

195. Answering the Class Action Allegations in Paragraph 195, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required. County further denies that the Eighth Amendment applies to pre-trial detainees, who are the majority of the Plaintiffs in this action.

196. Answering the Class Action Allegations in Paragraph 196, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required. County further denies that the Eighth Amendment applies to pre-trial detainees, who are the majority of the Plaintiffs in this action.

197. Answering the Class Action Allegations in Paragraph 197, County denies the

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required. County further denies that the Eighth Amendment applies to pre-trial detainees, who are the majority of the Plaintiffs in this action.

**SECOND CAUSE OF ACTION**

198. County incorporates by reference its answers and responses to Paragraphs 1 through 197.

199. Answering the Class Action Allegations in Paragraph 199, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

200. Answering the Class Action Allegations in Paragraph 200, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

201. Answering the Class Action Allegations in Paragraph 201, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

202. Answering the Class Action Allegations in Paragraph 202, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required. County further denies that these allegations apply to Plaintiff Cody Garland, who is a sentenced inmate.

**THIRD CAUSE OF ACTION**

203. County incorporates by reference its answers and responses to Paragraphs 1 through 202.

204. Answering the Class Action Allegations in Paragraph 204, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

205. Answering the Class Action Allegations in Paragraph 205, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

206. Answering the Class Action Allegations in Paragraph 206, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

207. Answering the Class Action Allegations in Paragraph 207, County denies the

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

allegations.

208. Answering the Class Action Allegations in Paragraph 208, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

**FOURTH CAUSE OF ACTION**

209. County incorporates by reference its answers and responses to Paragraphs 1 through 208.

210. Answering the Class Action Allegations in Paragraph 210, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

211. Answering the Class Action Allegations in Paragraph 211, County admits that it is a public entity.

212. Answering the Class Action Allegations in Paragraph 212, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

213. Answering the Class Action Allegations in Paragraph 213, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

214. Answering the Class Action Allegations in Paragraph 214, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

215. Answering the Class Action Allegations in Paragraph 215, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

216. Answering the Class Action Allegations in Paragraph 216, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

217. Answering the Class Action Allegations in Paragraph 217, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

218. Answering the Class Action Allegations in Paragraph 218, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

219. Answering the Class Action Allegations in Paragraph 219, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

**FIFTH CAUSE OF ACTION**

220. County incorporates by reference its answers and responses to Paragraphs 1 through 219.

221. Answering the Class Action Allegations in Paragraph 221, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

222. Answering the Class Action Allegations in Paragraph 222, County denies the allegations.

223. Answering the Class Action Allegations in Paragraph 223, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

224. Answering the Class Action Allegations in Paragraph 224, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

**SIXTH CAUSE OF ACTION**

225. County incorporates by reference its answers and responses to Paragraphs 1 through 224.

226. Answering the Class Action Allegations in Paragraph 226, County denies the allegations.

227. Answering the Class Action Allegations in Paragraph 227, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

228. Answering the Class Action Allegations in Paragraph 228, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

229. Answering the Class Action Allegations in Paragraph 229, County denies the allegations. To the extent that Plaintiffs have alleged a conclusion of law, no response is required.

**PRAYER FOR RELIEF**

COUNTY denies that Plaintiffs, or any member of the alleged representative class or any putative member of the purported class, are entitled to any of the relief for which they pray, and COUNTY accordingly denies all of the allegations contained in Plaintiffs' Prayer for Relief.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

Except as specifically admitted herein, COUNTY denies each and every allegation in the Complaint. COUNTY reserves the right to amend this Answer and to assert additional defenses based on further investigation and discovery.

**AFFIRMATIVE DEFENSES**

COUNTY alleges the following affirmative defenses with respect to the claims alleged in Plaintiffs' Complaint, without assuming the burden of proof where the burden of proof rests on Plaintiffs. COUNTY also hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during pretrial proceedings in this action and hereby reserves its right to amend this answer and to assert all such defenses.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, brought on behalf of members of the purported class as set forth in the Complaint, are barred because Plaintiffs have failed to state any claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs are estopped from claiming any injury, loss or damages because Plaintiffs failed to make reasonable efforts to prevent or mitigate any such injury, loss or damages.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred under such equitable defenses as the evidence demonstrates, including but not limited to the doctrines of laches, estoppel and unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, brought on behalf of members of the purported class as set forth in the Complaint, are barred or limited by the applicable statutes of limitations under either federal or California law. Further, the applicability of the statute of limitations requires individualized determinations for each putative member of the purported class, thereby precluding class-wide resolution.

///

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

**FIFTH AFFIRMATIVE DEFENSE**

County is not liable to Plaintiffs, in whole or in part, because the losses or harm that Plaintiffs have allegedly suffered were not caused by any act or omission of County.

**SIXTH AFFIRMATIVE DEFENSE**

None of the Plaintiffs has suffered any damages or harm whatsoever by reason of the conduct alleged against County, and, by reason of the foregoing, each Plaintiff lacks standing and is otherwise barred from any relief against County and is barred from prosecuting this action.

**SEVENTH AFFIRMATIVE DEFENSE**

The purported claims made by Plaintiffs and members of the purported class on whose behalf they purport to sue are precluded because the alleged conduct would have affected, if anyone, only an insubstantial number of putative class members.

**EIGHTH AFFIRMATIVE DEFENSE**

The purported class cannot be certified under Federal Rule of Civil Procedure 23 because, *inter alia*, the purported class, class representatives and/or class counsel fail to meet the necessary requirements for class certification, including adequacy of the class representative, ascertainability, numerosity, commonality, typicality, adequacy, manageability, superiority and injunctive relief requirements for class actions.

**NINTH AFFIRMATIVE DEFENSE**

The purported claims made by Plaintiffs and members of the purported class on whose behalf they purport to sue are precluded or limited because Plaintiffs and members of the purported class on whose behalf they purport to sue failed to exhaust other remedies.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs failed to give notice to County in connection with the filing of certain of the claims that require notice.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred for failure to join necessary or indispensable parties.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

**TWELFTH AFFIRMATIVE DEFENSE**

County at all times acted in good faith and with reasonable grounds for believing that it had not violated federal or California law.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs are not qualified individuals with disabilities as defined by federal and state law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' requested modifications and relief would cause an undue burden on County.

**FIFTEENTH AFFIRMATIVE DEFENSE**

The Complaint, and each cause of action thereof, is barred because Plaintiffs and putative members of the purported class as set forth in the Complaint failed to notify County of the alleged statutory violations at the time such violations allegedly occurred, which prevented County from taking any action to remedy such alleged violations.

**SIXTEENTH AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against County upon which attorneys' fees or costs can be awarded.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Some of Plaintiffs' claims may be barred or limited, in whole or in part, by the doctrine of after-acquired evidence.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, brought on behalf of themselves and the putative members of the purported class as set forth in the Complaint, if allowed to be tried upon or with so-called representative evidence, would violate the procedural and substantive due process clauses of the California and federal Constitutions.

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

**NINETEENTH AFFIRMATIVE DEFENSE**

County denies having any wrongful or discriminating motivation with respect to Plaintiffs, and each of them, but asserts that the actions of which Plaintiffs complain would have been taken for lawful reasons independent of any alleged wrongful motivation.

**TWENTIETH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, brought on behalf of themselves and the putative members of the purported class as set forth in the Complaint, are in whole or in part *de minimis*.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

County does not have supervisory liability or vicarious liability for any act or omission alleged in Plaintiffs' Complaint.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

County alleges that this Complaint is barred by the relevant portions of the California Government Code, including, but not limited to sections 815, 815.2, 818.2, 820.2, 820.4, 820.6, 820.8, 821, 844.6 (a)(20, 845.6, 855.6, 855.8, 856, and 856.4.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

County has not deprived Plaintiffs, and each of them, of any right, privilege or immunity guaranteed by the Constitution, the laws of the United States and the laws of California.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

The allegations of Plaintiffs' Complaint do not rise to the level of any constitutional or statutory violation by County.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

County contends that Plaintiffs' Complaint and the causes of action contained therein are

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

frivolous, unreasonable and without foundation; County is therefore entitled to attorneys' fees and costs pursuant to 42 U.S.C. section 1988 and Code of Civil Procedure sections 1021.7 and 1038.

WHEREFORE, having fully answered the Complaint, County prays for relief as follows:

1. That the Complaint and each cause of action therein be dismissed with prejudice;

2. That the Plaintiffs and the putative class take nothing by way of the Complaint;

3. That County be awarded its reasonable costs and attorneys' fees in defending this matter; and

4. That the Court order such other and further relief for County as this Court deems just and proper.

DATED: October 2, 2018

HOWARD ROME MARTIN & RIDLEY LLP

By: */s/ Todd H. Master*
Todd H. Master
Shawn M. Ridley
Attorneys for Defendant
COUNTY OF SACRAMENTO