AARON J. FISCHER (SBN 247391)
 Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN 253377)
 Anne.Hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

TIFANEI RESSL-MOYER (SBN 319721)
 Tifanei.Ressl-Moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

DONALD SPECTER (SBN 83925)
 DSpecter@prisonlaw.com
MARGOT MENDELSON (SBN 268583)
 MMendelson@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

Attorneys for Plaintiffs

JESSICA VALENZUELA SANTAMARIA (220934)
 jvs@cooley.com
MARK A. ZAMBARDA (314808)
 mzambarda@cooley.com
ADDISON M. LITTON (305374)
 alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fax: (650) 849-7400

KATHLYN A. QUERUBIN (SBN 275085)
 kquerubin@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Plaintiffs

SHAWN M. RIDLEY (SBN 144311)
 sridley@hrmrlaw.com
TODD H. MASTER (SBN 185881)
 tmaster@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone: (650) 365-7715
Fax: (650) 364-5297

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No.: 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF FACTS IN SUPPORT OF JOINT MOTION FOR CLASS CERTIFICATION**<br><br>DATE: November 15, 2018<br>TIME: 2:00 PM<br>JUDGE: Hon. Troy L. Nunley<br>COURTROOM: 2, 15th Floor<br><br>Complaint Filed: July 31, 2018 |

The parties in the above-referenced action, by and through their respective counsel of record, hereby stipulate to the following facts regarding the parties' Joint Motion for Class Certification:

1. The County of Sacramento operates two jail facilities, the Main Jail and Rio Cosumnes Correctional Center ("RCCC"). As of October 1, 2018, the Sheriff's Department reported that the two facilities together imprisoned approximately 3,746 people.

2. The County manages and oversees the Jail's operations, including its custody, medical, and mental health services.

3. Standardized and uniform policies and procedures are promulgated by the County and applied throughout the Jail.

4. Custody staff are subject to a central chain of command and report to the Sheriff's Department leadership.

5. Custody staff receive standard training according to a curriculum developed or approved by the County.

6. Health care staff receive training on policies relevant to their respective disciplines that are generally applicable throughout the County's Jail system.

7. The Jail Psychiatric Services (JPS) contract to provide mental health care to people in Sacramento County Jail facilities is administered and overseen by the County through the Sheriff's Department's Correctional Health Services (CHS).

8. By custom and practice, the County houses a portion of individuals in custody in the Jail's designated restrictive housing units. As of October 11, 2018, the Sheriff's Department reported that approximately 133 people are held in "Total Separation" housing and approximately 21 people are held in "Disciplinary Detention" housing. For the month of September 2018, the average daily population of people held as "maximum security" prisoners was 2,295.

9. As of October 11, 2018, the Sheriff's Department reported that approximately 520 people with mobility-related disabilities are imprisoned in the Jail.

10. As litigation of this matter proceeds, the parties will continue to explore the possibility of settlement.

11. The reports of the Subject Matter Experts Eldon Vail, Bruce C. Gage, M.D., Lindsay M. Hayes, Sabot Consulting, and James Austin regarding their assessments of Sacramento County Jail are not confidential, are available to the public, and may be submitted as part of the record to the Court.

IT IS SO STIPULATED.

Dated: October 18, 2018

*/s/ Aaron J. Fischer*
Aaron J. Fischer (SBN 247391)
DISABILITY RIGHTS CALIFORNIA

Attorney for Plaintiffs

Dated: October 18, 2018

*/s/ Shawn M. Ridley (as authorized 10/17/18)*
Shawn M. Ridley (SBN 144311)
HOWARD ROME MARTIN & RIDLEY

Attorney for Defendants