# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYS, *et al.*, | CASE NO. 2:18-cv-02081-TLN-KJN |
| Plaintiffs, | **ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(f), upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the reason the magistrate judge is being designated, the duration of his or her assignment, and the duties he or she is authorized to perform.

Due to the mutual request of counsel, the trust by counsel already established with the Magistrate Judge, the overwhelming caseload of the Eastern District of California, the efficiency that the designation brings, and the willingness of the Magistrate Judge assigned, the Eastern District of California certifies the need for magistrate judge assistance from the

Northern District of California in the above-captioned matter.

Therefore, **IT IS ORDERED**, with the concurrence of the Honorable Phyllis Hamilton, Chief Judge of the Northern District of California, that United States Magistrate Judge Nathanael M. Cousins is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Eastern District of California, to act as a settlement judge in Mays v. County of Sacramento, 2:18-cv-02081-TLN-KJN.

IT IS SO ORDERED.

Dated: **October 26, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE