TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
SHAWN M. RIDLEY [SBN. 144311]
sridley@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:    (650) 365-7715
Facsimile:     (650) 364-5297

Attorneys for Defendant
COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and COCEY GARLAND, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No. 2:18-cv-2081 TLJ KJN (PC)<br><br>**DEFENDANT COUNTY OF SACRAMENTO'S STATUS CONFERENCE STATEMENT**<br><br>**Date:**         December 6, 2018<br>**Time:**        10:00 a.m.<br>**Judge:**       Magistrate Kendall J. Newman<br>**Courtroom:**  25 |

Pursuant to the Court's August 10, 2018 Order [Document 3], Defendant COUNTY OF SACRAMENTO ("County") submits its Status Conference Statement.

Initially, the County wishes to advise the Court that it is working well and in good faith with plaintiffs' counsel. Counsel has a continuing open and respectful dialogue. Thus far, the parties have stipulated to class certification, have engaged in some limited expedited discovery (informal written discovery and depositions requested by plaintiffs' counsel), and have agreed to use, and this Court has permitted [*see* Document 41], Magistrate Judge Nathanael Cousins from the

Northern District to serve as a Settlement Judge in this matter. To that end, the parties have scheduled a tour of the County Main Jail with Magistrate Judge Cousins and opposing counsel on the morning of December 14, 2018, to be followed by an initial mediation session with him that afternoon, to be attended by representatives from the County's Board of Supervisors.

The County has every intention of working with plaintiffs' counsel and Magistrate Judge Cousins to establish a reasonable mediation schedule moving forward. At the outset, the County would prefer to focus, at least initially, on working directly with Magistrate Judge Cousins to evaluate prospects for a reasonable resolution. The County believes that would be the best use of time and resources given that the parties understand the issues and the County voluntarily produced voluminous amounts of documentation to plaintiffs' counsel before suit was ever filed. Should the prospects for settlement diminish or Magistrate Judge Cousins concludes there is no momentum toward resolution at any time, further discovery and a schedule leading to trial could be implemented.

HOWARD ROME MARTIN & RIDLEY LLP

Date: November 27, 2018

By: /s/ Todd H. Master
Todd H. Master
Shawn M. Ridley
Attorneys for Defendant
COUNTY OF SACRAMENTO

DEFENDANT COUNTY OF SACRAMENTO'S STATUS CONFERENCE STATEMENT;
Case No. 2:18-cv-2081 TLJ KJN (PC)