UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al., | No. 2:18-cv-2081 KJN P |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

The parties' joint motion for class certification came on regularly for hearing November 29, 2018. The undersigned recommends the class be certified by findings and recommendations issued herewith. In addition, rather than hold the December 6, 2018 status conference, the undersigned opted to address the issue of scheduling at today's hearing.

Following review of the parties' status reports, and upon hearing from counsel, the court declines to schedule a further status conference for scheduling at this time. The parties shall file a joint status report on December 17, 2018, informing the court as to the status of settlement negotiations following the December 14, 2018 settlement conference. The joint status report shall also address whether a further scheduling conference should be set in early January, or whether further settlement negotiations warrant a different time frame. In addition, the parties shall address the status of their proposed notice of the Plaintiff Class and Disabilities Subclass, and the proposed method of distribution of such notice. If the parties have reached an agreement

concerning a proposed notice or method, such proposed notice or proposed method should be provided with the joint status report.

IT IS HEREBY ORDERED that:

1. The December 6, 2018 status conference is vacated;

2. Plaintiffs' request to set a discovery conference deadline at this time is denied without prejudice; and

3. On December 17, 2018, the parties shall file a joint status report as provided above.

Dated: November 30, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.oah