UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO,<br><br>    Defendant. | No. 2:18-cv-2081 KJN P<br><br><br><br>ORDER |

In light of the parties' agreement that this case should move forward, this action is set for further scheduling conference on January 17, 2018, at 10:00 a.m., in Courtroom #25 before the undersigned. In addition, the parties submitted a proposed order approving class notice and providing for a method of distribution of the class notice, which the court will address by separate order. Good cause appearing, IT IS HEREBY ORDERED that this matter is set for further scheduling conference on January 17, 2018, at 10:00 a.m., in Courtroom #25 before the undersigned.

Dated: December 19, 2018

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.sco