UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　　Defendant. | No. 2:18-cv-2081 TLN KJN P<br><br>**CLASS ACTION**<br><br><u>ORDER APPROVING CLASS NOTICE</u> |

On November 30, 2018, the undersigned recommended that this action be maintained as a class action under Federal Rule of Civil Procedure Rule 23(a), 23(b)(1), and 23(b)(2), and that the parties' Joint Motion for Class Certification be granted. (ECF No. 46.) The District Court adopted the recommendation and issued an order certifying the case as a class action on December 28, 2018. The parties conferred and addressed in their joint status report the status of their proposed notice to the Plaintiff Class and Disabilities Subclass, and the proposed method of distribution of such notice.

Pursuant to the Court's order and Fed. R. Civ. P. 23(c)(2)(A), the parties submitted to the Court a Notice of Class Certification ("Class Notice") (ECF No. 47-2), as well as a proposed order regarding the distribution of the Class Notice.

////

Accordingly, good cause appearing, IT IS ORDERED AS FOLLOWS:

1. The Court approves the substance, form, and manner of the Class Notice filed by the parties on December 17, 2018 (ECF No. 47), and finds that the proposed method of disseminating the Class Notice meets all due process and other legal requirements and is the best notice practicable under the circumstances.

2. Within thirty (30) days of this order, the County is directed to post the Class Notice in English and Spanish in all housing pods and units, and at all intake locations, in such a manner as to make the Class Notice clearly visible to class members. The County will provide translation of the Class Notice into other languages upon request. Additionally, the County shall hand deliver an English and Spanish copy of the Class Notice to each person housed in the Jail facilities.

3. The County shall provide all arriving prisoners an English and Spanish copy of the Class Notice as part of the Jail's intake and orientation procedures during the pendency of this action or until further direction by the Court.

4. The County shall provide assistance reviewing the Class Notice to individuals who are illiterate or have a disability that may affect their ability to read or understand the Class Notice.

5. The County shall file and serve on Plaintiffs' counsel a declaration affirming that the Class Notice is distributed and will be distributed to arriving class members, consistent with this order.

6. The County will make a copy of the Complaint in this case (ECF No. 1) available upon request to individuals detained in all housing units at the Jail.

7. With this order, the Clerk of the Court shall separately file and docket as "Class Notice" the "Important Notice" filed as ECF No. 47-2.

IT IS SO ORDERED.

Dated: January 7, 2019

/mays2081.ntc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE