UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | No. 2:18-cv-2081 KJN P<br><br><br>ORDER |

This matter came on for further scheduling conference on January 17, 2019, before the undersigned. Attorneys Aaron J. Fischer, Disability Rights California, and Margot K. Mendelson, Prison Law Office, appeared for plaintiffs. Attorneys Todd H. Master and Shawn M. Ridley appeared for defendant. Upon review of the parties' joint discovery plan, and observing that Magistrate Judge Cousins is mediating settlement discussions, the undersigned declines to schedule the case at this time. Defense counsel stated he would be in contact with Judge Cousins on February 8, and that defendant's goal is to have another settlement conference by late February. Additionally, plaintiff's counsel stated that they expect something in writing from defendant by the first or second week of February. Therefore, shortly after confirming a date for a further settlement conference, the parties shall file a brief joint statement with this court advising the case status, including the date for follow-up with Judge Cousins, and a proposed date thereafter for the parties to file a further joint statement regarding scheduling, and to set a further

scheduling hearing.

IT IS SO ORDERED.

Dated: January 18, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/mays2081.oah2