| | |
|---|---|
| Aaron J. Fischer (SBN 247391)<br>Aaron.Fischer@disabilityrightsca.org<br>Anne Hadreas (SBN 253377)<br>anne.hadreas@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1330 Broadway, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 267-1200<br>Fax: (510) 267-1201<br><br>Tifanei Ressl-Moyer (SBN 319721)<br>tifanei.ressl-moyer@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1831 K Street<br>Sacramento, CA 95811<br>Telephone: (916) 504-5800<br>Fax: (916) 504-5801<br><br>Donald Specter (SBN 83925)<br>dspecter@prisonlaw.com<br>Margot Mendelson (SBN 268583)<br>mmendelson@prisonlaw.com<br>Sophie Hart (SBN 321663)<br>sophieh@prisonlaw.com<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br><br>*Attorneys for Plaintiffs* | Jessica Valenzuela Santamaria (SBN 220934)<br>jvs@cooley.com<br>Mark A. Zambarda (SBN 314808)<br>mzambarda@cooley.com<br>Addison M. Litton (SBN 305374)<br>alitton@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO,<br><br>    Defendant. | Case No. 2:18-cv-02081 TLN KJN (PC)<br><br>**CLASS ACTION**<br><br>**[Proposed]** Order<br><br>Complaint Filed: July 31, 2018 |

1      On January 25, 2019, Plaintiffs Lorenzo Mays, Ricky Richardson, Jennifer Bothun, Armani Lee, Leertese Beirge, and Cody Garland requested leave to exceed the twenty (20) page limit applicable to motions under this Court's Standard Information. After consideration of the request and the reasons underlying it, plaintiffs' request is granted.

     In addition, contrary to what was stated at the last hearing, the parties are informed that the undersigned will issue findings and recommendations on plaintiffs' motion.

     IT IS HEREBY ORDERED that plaintiffs' request (ECF No. 57) is granted: (1) Plaintiffs' opening memorandum in support of their Motion for Partial Summary Judgment or in the Alternative Preliminary Injunction may be up to 35 pages in length; (2) Defendants' memorandum in opposition to the Motion may be up to 35 pages in length; and (3) Plaintiffs' reply in support of the Motion may be up to 15 pages in length.

Dated: January 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.exc