1  AARON J. FISCHER (SBN 247391)
     Aaron.Fischer@disabilityrightsca.org
2  ANNE HADREAS (SBN 253377)
     Anne.Hadreas@disabilityrightsca.org
3  DISABILITY RIGHTS CALIFORNIA
   1330 Broadway, Suite 500
4  Oakland, CA  94612
   Telephone: (510) 267-1200
5  Fax: (510) 267-1201

6  TIFANEI RESSL-MOYER (SBN 319721)
     Tifanei.Ressl-Moyer@disabilityrightsca.org
7  DISABILITY RIGHTS CALIFORNIA
   1831 K Street
8  Sacramento, CA  95811
   Telephone: (916) 504-5800
9  Fax: (916) 504-5801

10 DONALD SPECTER (SBN 83925)
     DSpecter@prisonlaw.com
11 MARGOT MENDELSON (SBN 268583)
     MMendelson@prisonlaw.com
12 SOPHIE HART (SBN 321663)
     SophieH@prisonlaw.com
13 PRISON LAW OFFICE
   1917 Fifth Street
14 Berkeley, California 94710
   Telephone: (510) 280-2621
15 Fax: (510) 280-2704

16 Attorneys for Plaintiffs

JESSICA VALENZUELA SANTAMARIA (220934)
   jvs@cooley.com
MARK A. ZAMBARDA (314808)
   mzambarda@cooley.com
ADDISON M. LITTON (305374)
   alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fax: (650) 849-7400

KATHLYN A. QUERUBIN (SBN 275085)
   kquerubin@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No.: 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GOLDYN COOPER** |

I, Goldyn Cooper, declare as follows:

1. I have personal knowledge of the following facts and would competently testify to them if called upon by a court to do so.

2. I am a pretrial detainee in Sacramento County's Main Jail. I have been detained since approximately November 20, 2018.

3. I am currently on T-Sep status. I have spent all of my time in the Jail on T-Sep status.

4. When I first arrived on T-Sep, my cell was filthy. There were feces and what looked like blood smeared on the walls, old food on the floor, and gnats buzzing around the cell. The cell smelled strongly of feces and urine. I was not given any cleaning supplies so I tried to clean the walls with my towel and water. The smell was so terrible that I became ill and vomited. I am just now getting my appetite back.

5. I have been diagnosed with bipolar disorder and personality disorder. I experience auditory hallucinations and take multiple psychotropic medications to treat my mental illness.

6. I rarely see mental health staff in the Jail. I receive no counseling, no individual therapy, and no group programming. What little contact I do have with mental health staff is not private. They come to my cell door accompanied by custody officers who can overhear our entire conversation. Other people incarcerated in the unit can also overhear us and have laughed and made fun of my mental health problems. The visits are also very brief. The only questions mental health staff ask are things like, "Are you suicidal? Are you homicidal? Are you taking your meds?"

7. I feel hopeless and am unable to cope with the extreme isolation in T-Sep. I do not have a cellmate and am confined to my cell for most of the day. Sometimes I am only offered time out of my cell late at night. I feel trapped, like an animal. My anxiety gets so bad when I am in my cell that I feel like I cannot breathe. My hands shake and I cannot catch my breath. The voices that I hear in my head get

louder when I am having an anxiety attack. To cope, I lay down on the floor and try to breathe in the air from the day room underneath my cell door. I do not know how much longer I can go on doing this. I feel that my life has no value. It is like I am being tortured.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 22 day of January, 2019 at Sacramento, California.

*Goldyn Cooper*
Goldyn Cooper