AARON J. FISCHER (SBN 247391)
　Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN 253377)
　Anne.Hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

TIFANEI RESSL-MOYER (SBN 319721)
　Tifanei.Ressl-Moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA  95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

DONALD SPECTER (SBN 83925)
　DSpecter@prisonlaw.com
MARGOT MENDELSON (SBN 268583)
　MMendelson@prisonlaw.com
SOPHIE HART (SBN 321663)
　SophieH@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

JESSICA VALENZUELA SANTAMARIA (220934)
　jvs@cooley.com
MARK A. ZAMBARDA (314808)
　mzambarda@cooley.com
ADDISON M. LITTON (305374)
　alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fax: (650) 849-7400

KATHLYN A. QUERUBIN (SBN 275085)
　kquerubin@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Plaintiffs

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br>COUNTY OF SACRAMENTO<br>　　　　　Defendant. | Case No.: 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JACKIE BURKE** |

I, Jackie Burke, declare as follows:

1. I have personal knowledge of the following facts and would competently testify to them if called upon by a court to do so.

2. I am a pretrial detainee in Sacramento County's Main Jail. I have been detained since approximately May 19, 2018.

3. I have been diagnosed with a serious mental illness. I take psychotropic medications to treat my mental illness.

4. I am currently on T-Sep status. I have spent more than seven months, almost all of my time in the Jail, on T-Sep status.

5. When I first arrived on T-Sep, my cell was filthy. There were feces smeared on the walls. I had to clean the feces myself, but I was not given any cleaning supplies for a few days. I also was not given a mattress to sleep on for a few days and had to sleep on the cold concrete.

6. In my unit, I have seen guys in their cells who rub feces all over themselves and the walls. The unit smells awful.

7. I am having a difficult time coping on T-Sep. I feel like I can't take care of myself and have become much more depressed. I sleep all of the time: when I wake up, I feel down, so I just keep sleeping. The more I sleep the harder I find it to get up. To cope, I have begun cutting myself.

8. My depression became so severe that I felt like killing myself. I was placed on suicide watch for 6 or 7 days, and then I was sent to the IOP program. But, I was transferred back to T-Sep after only 2 days.

9. The only treatment I receive for my mental illness on T-Sep is medication. There is no one-on-one therapy and we do not have group classes. What little contact I do have with psychiatric staff is cell-side. I feel that it doesn't matter what I say to them; no matter what I answer I give them they do not provide me with any treatment. It seems like their only concern is making sure I do not kill myself.

1     I declare under penalty of perjury that the forgoing is true and correct. Executed
2 this 6 day of February, 2019 at Sacramento, California.

                                          _____ 2*6*19
                                          Jackie Burke