AARON J. FISCHER (SBN 247391)
Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN 253377)
Anne.Hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

TIFANEI RESSL-MOYER (SBN 319721)
Tifanei.Ressl-Moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA  95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

DONALD SPECTER (SBN 83925)
DSpecter@prisonlaw.com
MARGOT MENDELSON (SBN 268583)
MMendelson@prisonlaw.com
SOPHIE HART (SBN 321663)
SophieH@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

JESSICA VALENZUELA SANTAMARIA (220934)
jvs@cooley.com
MARK A. ZAMBARDA (314808)
mzambarda@cooley.com
ADDISON M. LITTON (305374)
alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fax: (650) 849-7400

KATHLYN A. QUERUBIN (SBN 275085)
kquerubin@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Plaintiffs

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No.: 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES HOLSTON** |

I, James Holston, declare as follows:

1. I have personal knowledge of the following facts and would competently testify to them if called upon by a court to do so.

2. I am a pretrial detainee in Sacramento County's Main Jail. I have been detained since October 1, 2018.

3. I have been diagnosed with schizoaffective disorder and have been prescribed psychotropic drugs to treat my mental illness. I experience unrealistic, paranoid thoughts and hallucinations. I frequently think I can feel people touching me when no one is there. Sometimes I think that I am Jesus Christ.

4. The only treatment I currently receive for my illness is medication (Risperdal). There are no group programs, no counseling, and no therapy.

5. I used to be in the IOP program, where we had more programming. I was told that I had "graduated" so I had to be transferred out of the program. I felt a little better when I was on the IOP unit because I had things to do, and I got to interact with others.

6. In October, I attempted suicide in my cell. Jail staff responded by putting me in the hole, with no water and no bathroom, just a grate on the floor. It was terrible. They made me strip out of my clothes, wear a green suit, and sleep on the freezing cold floor. There was no working button in my cell, so there was no way for me to call the officers. There were no windows outside and nothing to do. I felt like I was being punished for trying to kill myself.

7. After two days on suicide watch I was put in 2P. Staff asked me "are you suicidal?" every day. Sometimes I lied and said "no" just because I didn't want to go back to the hole. If I feel suicidal again I am not sure that I would tell anyone at the jail. I do not want to go back to the hole.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 7th day of January, 2019 at Sacramento, California.

*James C. Holston*

James Holston