AARON J. FISCHER (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN 253377)
  Anne.Hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

TIFANEI RESSL-MOYER (SBN 319721)
  Tifanei.Ressl-Moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

DONALD SPECTER (SBN 83925)
  DSpecter@prisonlaw.com
MARGOT MENDELSON (SBN 268583)
  MMendelson@prisonlaw.com
SOPHIE HART (SBN 321663)
  SophieH@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

Attorneys for Plaintiffs

JESSICA VALENZUELA SANTAMARIA (220934)
  jvs@cooley.com
MARK A. ZAMBARDA (314808)
  mzambarda@cooley.com
ADDISON M. LITTON (305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fax: (650) 849-7400

KATHLYN A. QUERUBIN (SBN 275085)
  kquerubin@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No.: 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES NELSON** |

I, James Nelson, declare as follows:

1. I have personal knowledge of the following facts and would competently testify to them if called upon by a court to do so.

2. I am a pretrial detainee in Sacramento County's Main Jail. I have been detained since approximately January 5, 2018.

3. I have been diagnosed with schizophrenia and take psychotropic medications for my mental illness. I experience auditory and visual hallucinations.

4. I am currently classified as T-Sep and have spent more than ten months, almost all of my time in the jail, on T-Sep status.

5. My cell feels smaller and smaller every day. We get very little time out of our cells, and I never know if or when I will be allowed out. I am not let out at the same time every day. I also do not have a clock and cannot keep track of time while I am in my cell.

6. I am currently in 8 West; I was previously housed in 8 East. When I was in 8 East, jail staff frequently only offered me time out of my cell in the middle of the night. I would go days without leaving my cell.

7. My hallucinations are much worse in T-Sep. Sometimes I feel as if the walls are closing in on me. Usually, listening to music or talking to other people helps distract me. But, there is nothing to distract me while I am in my cell. I do not have a cellmate and am not allowed to have a radio or a tablet or anything else to occupy me.

8. The only treatment I receive for my mental illness is medication. I do not have much contact with mental health staff. When I do, the visits are not private. They speak to me through the cell door, and do not open the food port, so I must talk very loudly to communicate with them. I have a hard time sharing things in these visits because I know that other people can hear us.

9. I was previously briefly housed in Protective Custody, but I had a difficult time coping in that unit because of my mental illness. In Protective Custody,

you are required to have a cellmate. I do not feel safe with a cellmate because of the voices in my head. I have been told that the only option for me to be housed without a cellmate is T-Sep.

10. I have seen people placed on suicide watch in the classroom of my housing unit. It happens all the time.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 7th day of January, 2019 at Sacramento, California.

*James Nelson*