AARON J. FISCHER (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN 253377)
  Anne.Hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

TIFANEI RESSL-MOYER (SBN 319721)
  Tifanei.Ressl-Moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

DONALD SPECTER (SBN 83925)
  DSpecter@prisonlaw.com
MARGOT MENDELSON (SBN 268583)
  MMendelson@prisonlaw.com
SOPHIE HART (SBN 321663)
  SophieH@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

Attorneys for Plaintiffs

JESSICA VALENZUELA SANTAMARIA (220934)
  jvs@cooley.com
MARK A. ZAMBARDA (314808)
  mzambarda@cooley.com
ADDISON M. LITTON (305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fax: (650) 849-7400

KATHLYN A. QUERUBIN (SBN 275085)
  kquerubin@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No.: 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOSEPH LEE BROOKS** |

I, Joseph Lee Brooks, declare as follows:

1. I have personal knowledge of the following facts and would competently testify to them if called upon by a court to do so.

2. I am a pretrial detainee in Sacramento County's Main Jail. I have been detained since approximately November 2017.

3. I have been diagnosed with schizoaffective disorder. I take medication to treat my mental illness.

4. I am currently on T-Sep status. I have spent more than a year, almost all of my time in the jail, on T-Sep status.

5. I am having an extremely difficult time coping with my mental illness while I am in T-Sep. My cell is very small and I do not have a cellmate. I am isolated away from all types of life and extensions of life. I am only allowed to come out of my cell for brief periods of time each day to shower and make phone calls. Being in my cell all of the time makes me feel depressed and nervous, like I constantly have butterflies in my stomach.

6. The only treatment I receive in T-Sep for my mental illness is medication. There is no therapy and there are no group classes.

7. About four months ago, I was transferred to the 2P unit. After spending about one month in 2P, I was transferred to the IOP unit. I stayed in IOP for three to four weeks. I felt so much better when I was in IOP. We did daily aerobics exercises and group classes. Coming out of my cell and interacting with others made me feel much less depressed.

8. After I was in IOP for about a month, I was told that I had finished the program, and was transferred back to T-Sep. Since then, my depression has gotten much worse again. I have become so depressed that I rarely leave my cell. I have gone days without leaving my cell and without showering.

9. When the lawyer came to visit me for this case, it was the first time I felt that anyone has taken an interest in me and my mental health in a very long time.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 22 day of January, 2019 at Sacramento, California.

*Joseph Lee Brooks*

Joseph Lee Brooks