AARON J. FISCHER (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
ANNE HADREAS (SBN 253377)
  Anne.Hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

TIFANEI RESSL-MOYER (SBN 319721)
  Tifanei.Ressl-Moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

DON SPECTER (SBN 83925)
  DSpecter@prisonlaw.com
MARGOT MENDELSON (SBN 268583)
  MMendelson@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

JESSICA VALENZUELA SANTAMARIA (220934)
  jvs@cooley.com
MARK A. ZAMBARDA (314808)
  mzambarda@cooley.com
ADDISON M. LITTON (305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fax: (650) 849-7400

KATHLYN A. QUERUBIN (SBN 275085)
  kquerubin@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br>Defendant. | Case No.: 2:18-cv-02081-KJN<br><br>**CLASS ACTION**<br><br>**DECLARATION OF FRANK MOPPINS**<br><br>Complaint Filed: July 31, 2018 |

I, Frank Moppins, declare as follows:

1. I have personal knowledge of the following facts and would competently testify to them if called upon by a court to do so.

2. I have been incarcerated in Sacramento County's Main Jail since approximately February 2016 as a pretrial detainee. I am currently awaiting my sentencing hearing.

3. I am diagnosed with paranoia, anxiety, and depression. I experience auditory hallucinations and delusions. I also have a learning disability.

4. Jail staff have classified me as a Total-Separation (T-Sep) inmate. As a T-Sep inmate, Jail staff do not permit me to leave my cell for at least 23.5 hours each day. I do not have normal human contact with anyone.

5. Being caged this long during the day makes me feel panicked. The isolation, paired with my anxiety and paranoia, really makes me feel like everyone and everything is out to get me. There are voices in my head telling me to react to everything and protect myself. This has gotten me in trouble and I have been on discipline for incidents such as fighting.

6. Recently, Jail staff placed me in disciplinary segregation for twenty days in the 8W400 pod. The hearing I received for the discipline was quick; I did not have an opportunity to explain myself. Mental health staff did not meet with me before I was placed in disciplinary segregation. I was confined in this cell twenty-four hours a day, save ten minutes to shower ~~and use the phone.~~ *[signature]*

7. Disciplinary segregation created so much stress in my mind that I could not concentrate and had a difficult time breathing. I noticed that the stress began to affect my memory and my ability to communicate. For example, when was able to call my mom, I could not remember what to say to her. All I could think about is how out of control my mind has become. I often feel frustrated, a feeling that is quickly followed by depression. I feel like no one cares that I am crumbling in the Jail. I am in a dark place.

8. The solitary confinement cells in disciplinary segregation reek of urine and feces. I believe that other people with serious mental illness are placed in these cells and lose their minds, smearing feces and urinating on the walls and furniture. I believe this because I have observed people suffering in cells around me.

9. For example, Jail staff placed a person with mental illnesses in disciplinary segregation near my cell. He complained loudly that he had a serious mental illness and needed his medication. I heard him repeatedly request that mental health staff visit him. For a week, no one answered his calls. I was worried about him. I could hear that he was frantic and shuddering. He seemed to be responding to hallucinations.

10. When I ask to see mental health staff, it takes as long as fourteen days before I am seen by mental health staff. I write kites when I am experiencing severe symptoms, but no one responds for weeks. This waiting period makes me feel hopeless. I do not know what to do to get help. I do not feel safe. My adrenaline is constantly pumping and I am on high alert all the time. I feel like I am constantly in survival mode. I feel exhausted.

11. When mental health staff do visit me, the assessments are not private. The conversations are through my closed cell door. The staff speak loudly so that I can hear them, but other prisoners in the unit hear what I am saying and what the mental health staff are saying. I know this because I have had other prisoners repeat back to me what I have said to the mental health staff, laughing and taunting me. This is scary and degrading. Now, I try to write down all of my concerns in my medical kites, because I do not feel comfortable sharing my symptoms or concerns aloud when mental health staff come to my cell door.

12. Jail staff have changed my medications without my input or speaking with me at all. When mental health staff change my medication without engaging with me, it makes my paranoia worse and it makes me not want to take my medication.

DECLARATION OF FRANK MOPPINS

13. I have told Jail staff on more than one occasion that I feel suicidal. Each time, the deputies strip me of my clothes and make me put on a "turtle suit." One time, deputies placed me naked in a small safety cell that smelled like urine, was filthy, and was freezing. There was no toilet, just a grate in the floor. There was no blanket or mattress. Jail staff did not permit me to wear shoes. I could only sit or lie on the dirty, cold floor of the cell.

14. Another time, after I told staff that I was feeling suicidal, staff responded by putting me in a classroom outside the housing unit. The classroom is right in the middle of all of the pods on the floor and everyone could see me naked, cold, and sleeping on the floor. It made me feel like a joke; like a clown. It made me never want to tell staff that I am feeling suicidal again. I have started to feel that it is better to deal with my suicidal thoughts alone in my cell than be subjected to the humiliation of being placed in the classroom or safety cell.

15. I declare under penalty of perjury that the forgoing is true and correct. Executed this 21 day of December, 2018 at Sacramento, California.

Frank Moppins