| | |
|---|---|
| AARON J. FISCHER (SBN 247391)<br>Aaron.Fischer@disabilityrightsca.org<br>ANNE HADREAS (SBN 253377)<br>Anne.Hadreas@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1330 Broadway, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 267-1200<br>Fax: (510) 267-1201<br><br>TIFANEI RESSL-MOYER (SBN 319721)<br>Tifanei.Ressl-Moyer@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1831 K Street<br>Sacramento, CA 95811<br>Telephone: (916) 504-5800<br>Fax: (916) 504-5801<br><br>DONALD SPECTER (SBN 83925)<br>DSpecter@prisonlaw.com<br>MARGOT MENDELSON (SBN 268583)<br>MMendelson@prisonlaw.com<br>SOPHIE HART (SBN 321663)<br>SophieH@prisonlaw.com<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br><br>Attorneys for Plaintiffs | JESSICA VALENZUELA SANTAMARIA (220934)<br>jvs@cooley.com<br>MARK A. ZAMBARDA (314808)<br>mzambarda@cooley.com<br>ADDISON M. LITTON (305374)<br>alitton@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Fax: (650) 849-7400<br><br>KATHLYN A. QUERUBIN (SBN 275085)<br>kquerubin@cooley.com<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Fax: (415) 693-2222<br><br>Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No.: 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JONATHAN RYKERT** |

I, Jonathan Rykert, declare as follows:

1. I have personal knowledge of the following facts and would competently testify to them if called upon by a court to do so.

2. I am a pretrial detainee in Sacramento County's Main Jail. I have been detained since the middle of August 2018.

3. When I first arrived at the jail, I was placed on T-Sep status. I spent about two months on T-Sep status.

4. When I was on T-Sep status, I was cut off from all meaningful human contact. I was allowed out of my cell only for very brief periods. I had nothing to engage me in my cell: no radio, no music. My cell was also very small and always cold. It was mind-numbing to be kept in a small, concrete cell for that long. I felt like the walls were closing in on me.

5. The pod I was in was loud and smelled awful. People in that unit smeared their feces on the walls and on themselves. It would stink up the entire unit and sometimes wouldn't be cleaned up for days. People would also kick their cell doors, and scream and yell to themselves.

6. I have been diagnosed with ▬▬▬▬▬▬▬▬▬▬▬▬ bipolar disorder. Being on T-Sep caused my depression to become much more severe and I became suicidal on several occasions. Each time, officers would remove me from my cell, give me a green suit to change into, and place me either in a classroom or segregation cell. The classroom did not have a bathroom, sink, or bed, and smelled strongly of urine. I was given a mattress to sleep on the floor.

7. Each time I was placed on suicide watch, I was kept in the classroom or segregation cell for several days. On one occasion, I was kept in a segregation cell for over a week. Sometimes I would be returned to the exact same T-Sep cell where I had become suicidal.

8. I had very little contact with mental health staff when I was on T-Sep. Even when I was on suicide watch, they only came to the door and asked me simple questions such as, "Do you feel you want to hurt yourself or others?"

9. I have seen other people placed on suicide watch in the classrooms. The classrooms are rarely used for anything else.

I declare under penalty of perjury that the forgoing is true and correct. Executed this ℣ day of January, 2019 at Sacramento, California.

_____
Jonathan Rykert