Aaron J. Fischer (SBN 247391)
Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Tifanei Ressl-Moyer (SBN 319721)
tifanei.ressl-moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

Donald Specter (SBN 83925)
dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

Jessica Valenzuela Santamaria (SBN 220934)
jvs@cooley.com
Mark A. Zambarda (SBN 314808)
mzambarda@cooley.com
Addison M. Litton (SBN 305374)
alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**NOTICE OF REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>JUDGE: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

Pursuant to Local Rule 141, Notice is hereby given that Plaintiffs have submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Confidential Declaration of Margot Mendelson in Support of Plaintiffs' Motion for Partial Summary Judgment or in the Alternative Preliminary Injunction re: Mental Health Care and Solitary Confinement" ("Confidential Mendelson Declaration").

The Confidential Mendelson Declaration's exhibits contain confidential, personally identifying information about people incarcerated in the Sacramento County Jail ("Jail"). In particular, the exhibits contain the following: (1) a list of people in the Jail who are pending placement in the Department of State Hospitals as of July 2018; (2) Jail records regarding the housing history for a class member with serious mental illness; (3) excerpts from Jail medical and mental health records for the same class member; (4) the Sacramento County Sheriff's Department written review of a suicide that took place in the Jail on January 5, 2017; (5) the Sacramento County Sheriff's Department's Continuation Report and written review of a suicide that took place in the Jail on April 24, 2018, and (6) Appendix 1 to Dr. Bruce C. Gage's report, *Evaluation of Mental Health Services: Sacramento County Jails*. The handling of confidential material is addressed by the Stipulated Protective Order in this case (Dkt. 27).

The Request, Confidential Mendelson Declaration, and accompanying Proposed Order were provided to counsel for Defendants and the Court by email.

Respectfully submitted,

Dated: February 12, 2019

*/s/ Margot Mendelson*
Margot Mendelson (SBN 268583)
PRISON LAW OFFICE

*Attorney for Plaintiffs*