Aaron J. Fischer (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
  anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Tifanei Ressl-Moyer (SBN 319721)
  tifanei.ressl-moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
  sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

*Attorneys for Plaintiffs*

Jessica Valenzuela Santamaria (SBN 220934)
  jvs@cooley.com
Mark A. Zambarda (SBN 314808)
  mzambarda@cooley.com
Addison M. Litton (SBN 305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

Todd H. Master (SBN 185881)
  tmaster@hrmrlaw.com
Shawn M. Ridley (SBN 144311)
  sridley@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**STIPULATED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OR IN THE ALTERNATIVE PRELIMINARY INJUNCTION RE: MENTAL HEALTH CARE AND SOLITARY CONFINEMENT; ORDER**<br><br>JUDGE: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

IT IS HEREBY STIPULATED by and between Plaintiffs Mays, Richardson, Bothun, Lee, Beirge, and Garland, on behalf of the Plaintiff Class, and Defendant County of Sacramento, through their respective counsels of record, as follows:

1) Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment or in the Alternative Preliminary Injunction re Mental Health Care and Solitary Confinement shall be filed no later than **March 29, 2019**.

2) Plaintiffs' reply to Defendant's Opposition shall be filed no later than **April 19, 2019**.

3) Plaintiffs' motion shall be heard on **May 16, 2019, at 10:00 a.m**., or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 12, 2019

*/s/ Margot Mendelson*
Margot Mendelson (SBN 268583)
PRISON LAW OFFICE

*Attorney for Plaintiffs*

Dated: February 12, 2019

*/s/ Aaron Fischer (as authorized 2/11/19)*
Aaron J. Fischer (SBN 247391)
DISABILITY RIGHTS CALIFORNIA

*Attorney for Plaintiffs*

Dated: February 12, 2019

*/s/ Jessica Valenzuela Santamaria (as authorized 2/11/19)*

Jessica Valenzuela Santamaria (SBN 220934)
COOLEY LLP

*Attorney for Plaintiffs*

Dated: February 12, 2019

*/s/ Todd H. Master (as authorized 2/6/19)*

Todd H. Master (SBN 185881)
HOWARD ROME MARTIN & RIDLEY
Attorney for Defendants

1

STIP. BRIEFING SCHED. FOR PLS.' MOTION FOR PARTIAL SUMM. JUDGMENT OR IN THE ALT. PREL. INJUNCTION RE: MENTAL HEALTH CARE AND SOLITARY CONFINEMENT; ORDER
CASE NO.: 2:18-cv-02081 TLN KJN

1       IT IS SO ORDERED.

2 Dated: February 14, 2019

4 /mays2081.stip.fb

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE