Aaron J. Fischer (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
  anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Tifanei Ressl-Moyer (SBN 319721)
  tifanei.ressl-moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
  sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

Attorneys for Plaintiffs

Jessica Valenzuela Santamaria (SBN 220934)
  jvs@cooley.com
Mark A. Zambarda (SBN 314808)
  mzambarda@cooley.com
Addison M. Litton (SBN 305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

|  |  |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO,<br><br>    Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' REQUEST TO FILE UNDER SEAL<br><br>JUDGE:   Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

1    Pending before the Court is Plaintiffs' Request to Seal the Confidential Declaration of

2 Margot Mendelson in Support of Plaintiffs' Motion for Partial Summary Judgment or in the

3 Alternative Preliminary Injunction re: Mental Health Care and Solitary Confinement.  The

4 Confidential Mendelson Declaration's exhibits contain confidential, personally identifying

5 information about class members.

6    Having considered Plaintiffs' Request to Seal and compelling reasons having been shown, IT

7 IS HEREBY ORDERED THAT Plaintiffs' request to seal is GRANTED.  The Clerk of Court shall

8 file the documents listed above under seal.

9    IT IS SO ORDERED.

10

11    Dated:  February 14, 2019

12

13    _____
      KENDALL J. NEWMAN
14    UNITED STATES MAGISTRATE JUDGE

15

16    /mays2081.seal

17

18

19

20

21

22

23

24

25

26

27

28