1  Aaron J. Fischer (SBN 247391)
    Aaron.Fischer@disabilityrightsca.org
2  Anne Hadreas (SBN 253377)
    anne.hadreas@disabilityrightsca.org
3  DISABILITY RIGHTS CALIFORNIA
   1330 Broadway, Suite 500
4  Oakland, CA  94612
   Telephone: (510) 267-1200
5  Fax: (510) 267-1201

6  Tifanei Ressl-Moyer (SBN 319721)
    tifanei.ressl-moyer@disabilityrightsca.org
7  DISABILITY RIGHTS CALIFORNIA
   1831 K Street
8  Sacramento, CA  95811
   Telephone: (916) 504-5800
9  Fax: (916) 504-5801

10 Donald Specter (SBN 83925)
    dspecter@prisonlaw.com
11 Margot Mendelson (SBN 268583)
    mmendelson@prisonlaw.com
12 Sophie Hart (SBN 321663)
    sophieh@prisonlaw.com
13 PRISON LAW OFFICE
   1917 Fifth Street
14 Berkeley, California 94710
   Telephone: (510) 280-2621
15 Fax: (510) 280-2704

16 *Attorneys for Plaintiffs*

Jessica Valenzuela Santamaria (SBN 220934)
  jvs@cooley.com
Mark A. Zambarda (SBN 314808)
  mzambarda@cooley.com
Addison M. Litton (SBN 305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

Todd H. Master (SBN 185881)
  tmaster@hrmrlaw.com
Shawn M. Ridley (SBN 144311)
  sridley@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

*Attorneys for Defendant*

17              **UNITED STATES DISTRICT COURT**

18            **EASTERN DISTRICT OF CALIFORNIA**

19                 **SACRAMENTO DIVISION**

20

21 LORENZO MAYS, RICKY          )   Case No. 2:18-cv-02081 TLN KJN
   RICHARDSON, JENNIFER BOTHUN, )
22 ARMANI LEE, LEERTESE BEIRGE, and )  **CLASS ACTION**
   CODY GARLAND, on behalf of themselves )
23 and all others similarly situated, )  **JOINT STATUS REPORT**
                                   )
24             Plaintiffs,        )   JUDGE:    Hon. Kendall J. Newman
                                   )
25     v.                         )   Complaint Filed: July 31, 2018
                                   )
26 COUNTY OF SACRAMENTO,          )
                                   )
27             Defendant.         )
                                   )
28 _____ )

On January 18, 2019, the Court directed the parties, upon confirming the date of any further settlement conference with Magistrate Judge Cousins, to file a brief joint statement with a case update and a proposed date to file a further joint statement.  Dkt. 55.

The parties filed their joint statement on February 11, 2019, informing the Court that they had scheduled a further settlement conference with Magistrate Judge Cousins for March 1, 2019. Dkt. 60.  The parties also explained that, consistent with the parties' agreement that "it is appropriate for the case to move forward without a stay to proceedings," Plaintiffs planned to file a motion seeking relief to address what they consider to be some of the most serious harms and risks of harm for class members, relating to the Sacramento County Jail's provision of mental health care and restrictive housing.  Dkts. 47, 60.

Plaintiffs filed their motion on February 12, 2019.  Dkt. 62.  The parties agreed to a joint briefing schedule for Plaintiffs' motion.  Dkts. 72, 74.

The parties thereafter held a settlement conference with Magistrate Judge Cousins, as scheduled, on March 1, 2019.  At that conference, the parties agreed to schedule a further settlement conference with Magistrate Judge Cousins for April 11, 2019.  The parties also agreed to a revised briefing schedule for Plaintiffs' motion.  The parties have filed a revised proposed stipulation to modify the briefing schedule and hearing date with this status report.

Respectfully submitted,

Dated: March 7, 2019

*/s/ Margot Mendelson (authorized 3/7/19)*
Margot Mendelson (SBN 268583)
PRISON LAW OFFICE
*Attorney for Plaintiffs*

Dated: March 7, 2019

*/s/ Aaron J. Fischer*
Aaron J. Fischer (SBN 247391)
DISABILITY RIGHTS CALIFORNIA
*Attorney for Plaintiffs*

Dated: March 7, 2019

*/s/ Jessica Valenzuela Santamaria (authorized 3/7/19)*
Jessica Valenzuela Santamaria (SBN 220934)
COOLEY LLP
*Attorney for Plaintiffs*

Dated: March 7, 2019

*/s/ Todd H. Master (authorized 3/7/19)*
Todd H. Master (SBN 185881)
HOWARD ROME MARTIN & RIDLEY
*Attorney for Defendant*