| | |
|---|---|
| Aaron J. Fischer (SBN 247391)<br>Aaron.Fischer@disabilityrightsca.org<br>Anne Hadreas (SBN 253377)<br>anne.hadreas@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1330 Broadway, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 267-1200<br>Fax: (510) 267-1201<br><br>Tifanei Ressl-Moyer (SBN 319721)<br>tifanei.ressl-moyer@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1831 K Street<br>Sacramento, CA 95811<br>Telephone: (916) 504-5800<br>Fax: (916) 504-5801<br><br>Donald Specter (SBN 83925)<br>dspecter@prisonlaw.com<br>Margot Mendelson (SBN 268583)<br>mmendelson@prisonlaw.com<br>Sophie Hart (SBN 321663)<br>sophieh@prisonlaw.coom<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br><br>*Attorneys for Plaintiffs* | Jessica Valenzuela Santamaria (SBN 220934)<br>jvs@cooley.com<br>Mark A. Zambarda (SBN 314808)<br>mzambarda@cooley.com<br>Addison M. Litton (SBN 305374)<br>alitton@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>*Attorneys for Plaintiffs*<br><br><br>Todd H. Master (SBN 185881)<br>tmaster@hrmrlaw.com<br>Shawn M. Ridley (SBN 144311)<br>sridley@hrmrlaw.com<br>HOWARD ROME MARTIN & RIDLEY<br>1900 O'Farrell Street, Suite 280<br>San Mateo, CA 94403<br>Telephone: (650) 365-7715<br>Facsimile: (650) 364-5297<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN (PC)<br><br>**STIPULATED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OR IN THE ALTERNATIVE PRELIMINARY INJUNCTION RE: MENTAL HEALTH CARE AND SOLITARY CONFINEMENT; ORDER**<br><br>JUDGE: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

1 | IT IS HEREBY STIPULATED by and between Plaintiffs Mays, Richardson, Bothun, Lee, Beirge, and Garland, on behalf of the Plaintiff Class, and Defendant County of Sacramento, through their respective counsels of record that the Court's February 14, 2019 Order re Briefing Schedule for Plaintiffs' Motion for Partial Summary Judgment or in the Alternative Preliminary Injunction Re: Mental Health Care and Solitary Confinement [Document 74] be modified as follows:

1) Defendant's opposition to Plaintiffs' Motion for Partial Summary Judgment or in the Alternative Preliminary Injunction re Mental Health Care and Solitary Confinement shall be filed no later than **May 13, 2019**.

2) Plaintiffs' reply to Defendant's Opposition shall be filed no later than **June 3, 2019**.

3) Plaintiffs' motion shall be heard on **July 11, 2019, at 10:00 a.m.**, or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 7, 2019

*/s/ Margot Mendelson (authorized 3/7/19)*
Margot Mendelson (SBN 268583)
PRISON LAW OFFICE
*Attorney for Plaintiffs*

Dated: March 7, 2019

*/s/ Aaron J. Fischer*
Aaron J. Fischer (SBN 247391)
DISABILITY RIGHTS CALIFORNIA
*Attorney for Plaintiffs*

Dated: March 7, 2019

*/s/ Jessica Valenzuela Santamaria (authorized 3/7/19)*
Jessica Valenzuela Santamaria (SBN 220934)
COOLEY LLP
*Attorney for Plaintiffs*

Dated: March 7, 2019

*/s/ Todd H. Master (authorized 3/7/19)*
Todd H. Master (SBN 185881)
HOWARD ROME MARTIN & RIDLEY
*Attorney for Defendant*

//
//
//
//

1

STIP. BRIEFING SCHED. FOR PLS.' MOTION FOR PARTIAL SUMM. JUDGMENT OR IN THE ALT. PREL. INJUNCTION RE: MENTAL HEALTH CARE AND SOLITARY CONFINEMENT; ORDER
CASE NO.: 2:18-cv-02081 TLN KJN

1       IT IS SO ORDERED.

2 Dated: March 11, 2019

4 /mays2081.rev.fb

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE