| | |
|---|---|
| Aaron J. Fischer (SBN 247391)<br>Aaron.Fischer@disabilityrightsca.org<br>Anne Hadreas (SBN 253377)<br>anne.hadreas@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1330 Broadway, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 267-1200<br>Fax: (510) 267-1201<br><br>Tifanei Ressl-Moyer (SBN 319721)<br>tifanei.ressl-moyer@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1831 K Street<br>Sacramento, CA 95811<br>Telephone: (916) 504-5800<br>Fax: (916) 504-5801<br><br>Donald Specter (SBN 83925)<br>dspecter@prisonlaw.com<br>Margot Mendelson (SBN 268583)<br>mmendelson@prisonlaw.com<br>Sophie Hart (SBN 321663)<br>sophieh@prisonlaw.coom<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br><br>*Attorneys for Plaintiffs* | Jessica Valenzuela Santamaria (SBN 220934)<br>jvs@cooley.com<br>Mark A. Zambarda (SBN 314808)<br>mzambarda@cooley.com<br>Addison M. Litton (SBN 305374)<br>alitton@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>*Attorneys for Plaintiffs*<br><br>Todd H. Master (SBN 185881)<br>tmaster@hrmrlaw.com<br>Shawn M. Ridley (SBN 144311)<br>sridley@hrmrlaw.com<br>HOWARD ROME MARTIN & RIDLEY<br>1900 O'Farrell Street, Suite 280<br>San Mateo, CA 94403<br>Telephone: (650) 365-7715<br>Facsimile: (650) 364-5297<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**STIPULATED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OR IN THE ALTERNATIVE PRELIMINARY INJUNCTION RE: MENTAL HEALTH CARE AND SOLITARY CONFINEMENT; ORDER**<br><br>JUDGE: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiffs Mays, Richardson, Bothun, Lee, |
| 2 | Beirge, and Garland, on behalf of the Plaintiff Class, and Defendant County of Sacramento, through |
| 3 | their respective counsels of record that the Court's March 11, 2019 Order re Briefing Schedule for |
| 4 | Plaintiffs' Motion for Partial Summary Judgment or in the Alternative Preliminary Injunction Re: |
| 5 | Mental Health Care and Solitary Confinement [Document 78] be modified as follows: |

1) Defendant's opposition to Plaintiffs' Motion for Partial Summary Judgment or in the Alternative Preliminary Injunction re Mental Health Care and Solitary Confinement shall be filed no later than **June 13, 2019**.

2) Plaintiffs' reply to Defendant's Opposition shall be filed no later than **July 3, 2019**.

3) Plaintiffs' motion shall be heard on **August 1, 2019, at 10:00 a.m**., or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 3, 2019

*/s/ Margot Mendelson*
Margot Mendelson (SBN 268583)
PRISON LAW OFFICE
*Attorney for Plaintiffs*

Dated: May 3, 2019

*/s/ Aaron J. Fischer*
Aaron J. Fischer (SBN 247391)
DISABILITY RIGHTS CALIFORNIA
*Attorney for Plaintiffs*

Dated: May 3, 2019

*/s/ Jessica Valenzuela*
Jessica Valenzuela Santamaria (SBN 220934)
COOLEY LLP
*Attorney for Plaintiffs*

Dated: May 3, 2019

*/s/ Todd H. Master*
Todd H. Master (SBN 185881)
HOWARD ROME MARTIN & RIDLEY
*Attorney for Defendant*

///

///

///

1

STIP. BRIEFING SCHED. FOR PLS.' MOTION FOR PARTIAL SUMM. JUDGMENT OR IN THE ALT. PREL. INJUNCTION RE: MENTAL HEALTH CARE AND SOLITARY CONFINEMENT; ORDER
CASE NO.: 2:18-cv-02081 TLN KJN

1       IT IS SO ORDERED.

Dated: May 8, 2019

/cw/mays2081.con2

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE