Aaron J. Fischer (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
  anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Tifanei Ressl-Moyer (SBN 319721)
  tifanei.ressl-moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA  95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
  sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

*Attorneys for Plaintiffs*

Jessica Valenzuela Santamaria (SBN 220934)
  jvs@cooley.com
Mark A. Zambarda (SBN 314808)
  mzambarda@cooley.com
Addison M. Litton (SBN 305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

Todd H. Master (SBN 185881)
  tmaster@hrmrlaw.com
Shawn M. Ridley (SBN 144311)
  sridley@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　　Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>JUDGE:　Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

Pursuant to Local Rule 160, the parties in the above-referenced case, by and through their counsel, submit this joint Notice of Settlement. The parties have signed a settlement agreement that contains a proposed consent decree and remedial plan. The parties are in the process of preparing a motion for preliminary approval, pursuant to Federal Rule of Civil Procedure 23(e).

Plaintiffs hereby withdraw their Motion for Partial Summary Judgment or in the Alternative Preliminary Injunction Regarding Mental Health Care and Solitary Confinement (ECF No. 62). The parties jointly request that the Court vacate the briefing schedule for the motion (ECF No. 80).

Respectfully submitted,

Dated: June 10, 2019

/s/ *Margot Mendelson*
Margot Mendelson (SBN 268583)
PRISON LAW OFFICE
*Attorney for Plaintiffs*

Dated: June 10, 2019

/s/ *Aaron J. Fischer (as authorized 6/10/19)*
Aaron J. Fischer (SBN 247391)
DISABILITY RIGHTS CALIFORNIA
*Attorney for Plaintiffs*

Dated: June 10, 2019

/s/ *Jessica Valenzuela Santamaria (as authorized 6/10/19)*
Jessica Valenzuela Santamaria (SBN 220934)
COOLEY LLP
*Attorney for Plaintiffs*

Dated: June 10, 2019

/s/ *Todd H. Master (as authorized 6/10/19)*
Todd H. Master (SBN 185881)
HOWARD ROME MARTIN & RIDLEY
*Attorney for Defendant*

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Kendall J. Newman
United States Magistrate Judge