UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al., | No. 2:18-cv-2081 KJN P |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

On June 10, 2019, pursuant to Local Rule 160, counsel for the parties filed a joint notice of settlement of this class action. The parties signed a settlement agreement that includes a proposed consent decree and remedial plan, and are in the process of preparing a motion for preliminary approval under Rule 23(e) of the Federal Rules of Civil Procedure. Counsel for plaintiffs withdrew their motion for partial summary judgment or in the alternative preliminary injunction regarding mental health care and solitary confinement (ECF No. 62), and the parties jointly request the court vacate the briefing schedule on such motion (ECF No. 80).

Accordingly, IT IS HEREBY ORDERED that:

1. The partial motion for summary judgment (ECF No. 62) is withdrawn;

2. The briefing schedule on the partial motion for summary judgment (ECF No. 80) is vacated; and

////

3. The parties shall file the motion for preliminary approval of the settlement on or before July 5, 2019.

Dated: June 11, 2019

/mays2081.set

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE