# <u>NOTICE: CLASS ACTION SETTLEMENT</u>
## Sacramento County Jail

*Mays v. County of Sacramento*, E.D. Cal. No. 2:18-at-02081-TLN-KJN

A proposed settlement has been reached in a federal civil rights class action lawsuit regarding certain conditions in the Sacramento County Jails ("the Jails"). The *Mays v. Sacramento* class action lawsuit claims that people in the Jails are subject to conditions that violate the Eighth and Fourteenth Amendments to the United States Constitution and that the Jails do not comply with the Americans with Disabilities Act (ADA).

The lawyers for people incarcerated in the Jails are the Prison Law Office and Disability Rights California.

The Court has preliminarily approved the settlement of this matter. **This notice explains the proposed settlement, how you can see it, and how you can tell the court whether you think it is fair.**

The terms of the settlement agreement are described in a document called the Consent Decree. The Consent Decree includes a document called the "Remedial Plan." The Remedial Plan explains what the County has agreed to do to fix the issues described in the lawsuit. The Consent Decree and Remedial Plan will be available to read in your housing unit. You can also ask for a copy of the Consent Decree and Remedial Plan by using an Inmate Request Form.

Key terms of the settlement agreement include the following:

1. The County will be required to:

    a) Make sure that people in the Jails get adequate medical and mental health care;

    b) Provide reasonable accommodations to people with disabilities and ensure that they have access to programs and services in the Jails;

    c) Take measures to prevent suicide in the Jails;

    d) Consider mental health and other disability issues in the Jails' disciplinary and use of force practices; and

    e) Limit the use and duration of solitary confinement.

2. The Prison Law Office, Disability Rights California, and court-approved experts will monitor the County's compliance with the settlement agreement.

3. The parties can bring any disputes about whether the County is complying with the settlement agreement back to the Court.

This case seeks changes to the way that County operates the Jails. This case does not seek money damages for the class and none will be awarded. This means that no individual will receive any financial benefit.

The settlement does not affect your ability to sue for money damages or to petition for a writ of habeas corpus.

The attorneys who brought the class action will ask the Court to have the County pay for their attorneys' fees and expenses. The parties have agreed that Plaintiffs' attorneys will seek $2.1 million for their work to this point and up to $250,000 per year to monitor compliance with the Consent Decree. You can read Plaintiffs' counsel's motion for fees by filling out an Inmate Request Form and asking to see it. will not seek more than $3 million in fees and expenses. The Court will decide the amount of these fees and expenses.

If you have any questions about the settlement, you can write to:

Prison Law Office
General Delivery
San Quentin, CA 94964

Disability Rights California
Attn: Sacramento Jail Class Action Team
1831 K Street
Sacramento, CA 95811

The Court will hold a hearing on the fairness of the settlement at 11:00 a.m. on December 5, 2019 at Courtroom #25, at the United States District Court for the Eastern District of California, Sacramento Division, 501 I Street, Sacramento, CA 95814.
on _____ at _____.

People incarcerated in the Jails can write to the federal court about whether the settlement is fair. The County will provide all people incarcerated in the Jails with a cost-free way to write to the Court. The federal court will consider those written comments when deciding whether to approve the settlement. Comments regarding the fairness of the settlement must include at the top of the first page the case name (*Mays v. Sacramento County*) and the case number (E.D. Cal No. 2:18-at-02081-

TLN-KJN).  Comments must be ~~received~~ postmarked by October 11, 2019_____ and must be sent to the following address:

> Clerk of the Court
> United States District Court
> 501 I Street
> Sacramento, CA 95814