Aaron J. Fischer (SBN 247391)
Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Tifanei Ressl-Moyer (SBN 319721)
tifanei.ressl-moyer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
Fax: (916) 504-5801

Donald Specter (SBN 83925)
dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
*Attorneys for Plaintiffs*

Jessica Valenzuela Santamaria (SBN 220934)
jvs@cooley.com
Mark A. Zambarda (SBN 314808)
mzambarda@cooley.com
Addison M. Litton (SBN 305374)
alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**STIPULATION FOR REVISED CLASS NOTICE AND [PROPOSED] ORDER**<br><br>JUDGE: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

Plaintiffs Mays, Richardson, Bothun, Lee, Beirge, and Garland, on behalf of the Plaintiff Class, and Defendant County of Sacramento, through their respective counsels of record, enter into this stipulation based on the following facts:

1) The parties have reached agreement as to the amount of attorney's fees to be sought in connection with this case. Plaintiffs' counsel is preparing a motion for attorney's fees in which Plaintiffs will ask the Court to grant attorney's fees in the amount of $2.1 million. Plaintiffs also will seek an annual cap of $250,000 for monitoring compliance with the Consent Decree in this matter. Defendants have indicated that they will not oppose the motion.

2) In light of this agreement and the forthcoming motion, the parties seek approval of a revised notice to the class which identifies the precise amount of attorney's fees to be sought and advises class members about how to access a copy of the fees motion, in accordance with Federal Rule of Civil Procedure 23(h).

ACCORDINGLY, the Parties hereby stipulate as follows:

1) The revised Notice, attached hereto as **Exhibit A** (ECF No. 89-1), should be approved in lieu of the Notice approved by the Court on August 13, 2019 (Doc. No. 88), which was attached as Exhibit 2 to the Declaration of Margot Mendelson in Support of the Stipulated Motion for Preliminary Approval of Consent Decree and Notice to the Class (Doc. No. 85). Attached as **Exhibit B** (ECF No. 89-2) is a redlined version of the previous Notice, which identifies the proposed edits for the Court's convenience.

IT IS SO STIPULATED.

Dated: 9/3/19                             *Margot Mendelson*
                                          Margot Mendelson
                                          PRISON LAW OFFICE
                                          Attorney for Plaintiffs

Dated: 9/3/19

*Aaron J. Fischer (as authorized 9/3/19)*
Aaron J. Fischer
DISABILITY RIGHTS CALIFORNIA
Attorney for Plaintiffs

Dated: 9/3/19

*Jessica Valenzuela Santamaria (as authorized 9/3/19)*
Jessica Valenzuela Santamaria
COOLEY LLP
Attorney for Plaintiffs

Dated: 9/3/19

*Todd Master (as authorized 9/3/19)*
Todd Master
HOWARD ROME MARTIN & RIDLEY
Attorney for Defendants

IT IS SO ORDERED.

Dated:  September 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.ntc2