TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
SHAWN M. RIDLEY [SBN. 144311]
sridley@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:   (650) 365-7715
Facsimile:   (650) 364-5297

Attorneys for Defendant
COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and COCEY GARLAND, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-2081 TLJ KJN (PC)<br><br>DECLARATION OF LIEUTENANT ALEX McCAMY RE COMPLIANCE WITH ORDER GRANTING APPROVAL FOR PRELIMINARY APPROVAL OF CONSENT DECREE AND CLASS NOTICE [DOCUMENTS 88 AND 90] |

I, ALEX McCAMY, do hereby declare and attest as follows:

1.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2.  I am employed by Sacramento County ("County") as a Lieutenant in the Sheriff's Department. I understand that the County is a defendant in this litigation.

---

DECLARATION OF LIEUTENANT ALEX McCAMY RE COMPLIANCE WITH ORDER; Case No. 2:18-cv-2081 TLJ KJN (PC)

1

3. I have reviewed the Court's August 13, 2019, 2019 Order Granting Approval for Preliminary Approval of Consent Decree and Class Notice [Document 88] in this litigation (hereinafter, "Order #1").

4. I have also reviewed the Court's recent September 4, 2019 Order Regarding the Stipulation for Revised Class Notice (hereinafter, "Order #2") [Document 90].

5. I have overseen the County's response to Order #1 and then to Order #2 and, by way of this declaration, confirm that the County is distributing, and will continue to distribute, the Notice of Proposed Class Action Settlement consistent with the Order #1 and as revised pursuant to Order #2.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on this 4th day of September 2019 at Sacramento, California.

Lieutenant Alex McCamy #102