| | |
|---|---|
| Aaron J. Fischer (SBN 247391)<br>  Aaron.Fischer@disabilityrightsca.org<br>Anne Hadreas (SBN 253377)<br>  anne.hadreas@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1330 Broadway, Suite 500<br>Oakland, CA  94612<br>Telephone: (510) 267-1200<br>Fax: (510) 267-1201<br><br>Tifanei Ressl-Moyer (SBN 319721)<br>  tifanei.ressl-moyer@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1831 K Street<br>Sacramento, CA  95811<br>Telephone: (916) 504-5800<br>Fax: (916) 504-5801<br><br>Donald Specter (SBN 83925)<br>  dspecter@prisonlaw.com<br>Margot Mendelson (SBN 268583)<br>  mmendelson@prisonlaw.com<br>Sophie Hart (SBN 321663)<br>  sophieh@prisonlaw.coom<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br><br>*Attorneys for Plaintiffs* | Jessica Valenzuela Santamaria (SBN 220934)<br>  jvs@cooley.com<br>Mark A. Zambarda (SBN 314808)<br>  mzambarda@cooley.com<br>Addison M. Litton (SBN 305374)<br>  alitton@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>*Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>    Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**DECLARATION OF J. VALENZUELA SANTAMARIA ISO UNOPPOSED MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>**Date:   December 5, 2019**<br>**Time:   11:00 a.m.**<br>**Judge: Hon. Kendall J. Newman**<br><br>Complaint Filed: July 31, 2018 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**DECL. OF J. VALENZUELA SANTAMARIA ISO
UNOPPOSED MTN FOR ATTYS' FEES, EXPENSES
CASE NO.: 2:18-CV-02081 TLN KJN**

I, Jessica Valenzuela Santamaria, declare:

1.  I am a partner with the law firm of Cooley LLP, counsel of record in the above-captioned matter for the Plaintiff Class. I have knowledge of the following, and if called as a witness, I could and would testify competently thereto.

2.  Cooley LLP ("Cooley") has a robust Commercial Class Action Litigation practice with practitioners highly experienced in class certification procedures, the negotiation and creative structuring of class action settlements and, when necessary, trial of these class actions. Cooley's Pro Bono practice includes impact litigation in a wide variety of contexts, including prison reform. In December 2011, Cooley partnered with Prison Law Office to file a class action lawsuit against Fresno County on behalf of a class of prisoners in the Fresno County Jail to challenge the adequacy of medical and mental health care and safety conditions in the jail. In May 2015, a settlement agreement was reached and approved by the court, resulting in a consent decree with a comprehensive plan to improve the quality and accessibility of health care and safety in the Fresno County Jail. In November 2015, Cooley joined Prison Law Office again as co-counsel in a prisoner class action suit filed against Santa Clara County regarding the conditions of its jails, including its policies and practices with respect to provision of medical and mental healthcare, use of excessive force, lack of accommodations and accessibility for inmates with non-mobility disabilities, and the use of solitary confinement. In March 2019, the court approved a settlement between the parties that that required Santa Clara County to implement specific policies, procedures, and practices intended to ensure minimally adequate healthcare and to guarantee that people with non-mobility disabilities receive reasonable accommodations. It also included a use of force policy and detailed requirements governing the use of restrictive housing in Defendant's jails.

3.  In this matter, Cooley has been working with Disability Rights California and Prison Law Office for over a year. Cooley attorneys have contributed significant time and resources to tasks including, but not limited to, conducting fact investigation

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DECL. OF J. VALENZUELA SANTAMARIA ISO
UNOPPOSED MTN FOR ATTYS' FEES, EXPENSES
CASE NO.: 2:18-CV-02081 TLN KJN

and deposition discovery, drafting a motion for summary judgment (or in the alternative for preliminary injunction) concerning the County's non-compliance with the Americans with Disabilities Act ("ADA"), negotiating the Consent Decree, drafting proposed policies and procedures to be incorporated into the consent decree and remedial plan, and participating in ongoing case management and litigation strategy.

4. As of August 31 2019, Cooley had spent 717.6 hours on this case. 542.5 of those hours are attributable to associates, 113 hours are attributable to partners, and 62.1 hours are attributable to non-attorney staff and paralegals. I reviewed billing reports in this matter to ensure that Cooley's timekeepers exercised billing judgment consistent with Cooley's general billing practices for private clients.

5. Of the total attorney hours billed to this case, approximately 10% were dedicated to fact investigation and client interviews; approximately 15% were dedicated to conducting deposition discovery; approximately 40% were dedicated to preparing a motion for summary judgment (or in the alternative for preliminary injunction) concerning the County's non-compliance with the ADA; approximately 15% were dedicated to participation in ongoing settlement negotiations with Defendant; approximately 10% were dedicated to drafting and revising the consent decree, remedial plan, and jail policies; and the remaining hours were dedicated to ongoing case management, litigation strategy, preparing and filing the motion for class certification, and preparing and filing motions to amend the scheduling order.

6. The demands of this case constrained the ability of Cooley attorneys and staff to work on other new and existing matters.

7. Cooley's hourly billing rates were adjusted in accordance with the rates negotiated and agreed upon by the Parties in this case. Using Cooley's unadjusted rates, Cooley's fees as of August 31 2019 were $517,149.50.

8. As of August 31 2019, Cooley's out-of-pocket expenses totaled $7,198.25 for costs including, but not limited to, postage, printing, document processing, copying, and travel.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

DECL. OF J. VALENZUELA SANTAMARIA ISO
UNOPPOSED MTN FOR ATTYS' FEES, EXPENSES
CASE NO.: 2:18-CV-02081 TLN KJN

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2019, at Palo Alto, California.

/s/ *Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria