Sammy Morgan 2981231
651 I St
Sacramento Ca, 95814.

FILED
SEP 16 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Office of County Clerk
U.S. District Court
501 I Ste. 4-200
Sacramento Ca
95814

Case 2:18-cv-02081-TLN-KJN   Document 96   Filed 09/16/19   Page 1 of 1

CASE NO. 2:18-cd-02081-TLN-KJN     MAYS v. County of Sacramento

To the court involving MAYS v. County of Sacramento, ED, CAL, No. 2:18-cd-02081-TLN-KJN.

My name is Sammy Morgan xREF-2981231 I have been housed as a Federal detainee in the Sacramento County main Jail sense 3-19-2018. I am an Americans with Disability Act (ADA) recipient due to I have an immobility impairedness that leaves me to walk with a mobile device. I have a Planters cyst on the bottom of left foot that causes me chronic pain and I have diabetic nuriopathy due to type 2 diabetic issues.

Sense being housed in the Sacramento County Jail I've been denied adequate accommodations for my disabilities by being made to sleep and or lay on the floor area due to Sacramento County Jail inadequate procedures, and policies.

Deputies have also used accessive force against me when enforcing Sacramento County Jail Malpractice, deliberate discriminatory negligence against my A.D.A Status.

I believe the following decision taking place next month in Case tittle MAYS v. County of Sacramento, ED, CAL, No 2:18-cd-02081-TLN-KJN is unfair and not a just finding to those housed inside defendants Jails who have Americans with Disabilities Act issues and have been violated their Eighth, Fourteenth Amendment Rights as well as their A.D.A Status. I believe a tremendous amount of monies should be compensated to the ones that have been harmed because of Defendant deliberate negligence.

I have filed a Complaint against Defendant and it's parties on the same grounds as above case, MORGAN v. Sacramento Co. Sheriff Dept, et, al No. 2:19-cv-01179-KJM-DMC and I believe I should recieve legal representation as a pro-se pauperis but unfortunately I'm not. Sincerely, Sammy Morgan