Aaron J. Fischer (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
  anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
  sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

*Attorneys for Plaintiffs*

Jessica Valenzuela Santamaria (SBN 220934)
  jvs@cooley.com
Mark A. Zambarda (SBN 314808)
  mzambarda@cooley.com
Addison M. Litton (SBN 305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER REMOVING CLASS REPRESENTATIVE CODY GARLAND AND DISMISSING HIS CLAIMS WITHOUT PREJUDICE**<br><br>**Judge: Hon. Kendall J. Newman**<br>**Courtroom: 25**<br><br>Complaint Filed: July 31, 2018 |

This matter comes before the Court upon consideration of the parties' Stipulation of Dismissal of Plaintiff Without Prejudice and Request for Order to Withdraw Class Representative Cody Garland (the "Stipulation").

1    Having considered the parties' Stipulation (ECF No. 106), the Court approves the

2  joint request to withdraw Cody Garland as a class representative.

3    Accordingly, **IT IS HEREBY ORDERED that:**

4    1.  Cody Garland is **REMOVED** as a class representative of the Plaintiff Class

5  and the Disability Subclass; and

6    2.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Cody Garland's claims are

7  dismissed without prejudice.

8  Dated:  December 18, 2019

9

10  _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

11  /mays2081.gar

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28