|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | EASTERN DISTRICT OF CALIFORNIA | |

LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF SACRAMENTO,

Defendant.

No. 2:18-cv-02081-TLN-KJN

**[CLASS ACTION]**

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiffs Lorenzo Mays, Ricky Richardson, Jennifer Bothun, Armani Lee, Leertese Beirge, and Cody Garland (collectively, "Plaintiffs") are state prisoners, proceeding through counsel. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. (ECF No. 105.) On December 19, 2019, the parties filed a joint statement of non-opposition to the findings and recommendations. (ECF No. 108.)

///

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 9, 2019 (ECF No. 105), are adopted in full;

2. Defendant shall pay Plaintiffs' counsel $2,100,000.00 for reasonable attorney's fees, expenses, and costs. Payment shall be made in two installments: (1) the first installment in the amount of $1,050,000.00 by no later than January 31, 2020, and (2) the second installment in the amount of $1,050,000.00 by no later than July 31, 2020; and

3. Defendant shall pay Plaintiffs' counsel reasonable attorneys' fees and expenses up to $250,000.00 per year for monitoring of implementation of the Consent Decree and Remedial Plan.

IT IS SO ORDERED.

Dated: January 8, 2020

Troy L. Nunley
United States District Judge