Aaron J. Fischer (SBN 247391)
 Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
 anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

*Attorneys for Plaintiffs*

Donald Specter (SBN 83925)
 dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
 mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
 sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN (PC)<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER**<br><br>Judge: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

Having considered the parties' stipulation filed on April 27, 2020, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The deadline for the Court Experts' first compliance reports, set forth in the Consent Decree in this matter (Doc. No. 110), is extended in light of the COVID-19 pandemic.

(2) The parties shall file a status report on or before **June 24, 2020,** providing further information to the Court about the status of monitoring compliance with the Consent Decree and proposing a modification to the reporting deadlines.

Dated:  April 30, 2020

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.ext.mon