Aaron J. Fischer (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
  anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
  sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

*Attorneys for Plaintiffs*

Jessica Valenzuela Santamaria (SBN 220934)
  jvs@cooley.com
Mark A. Zambarda (SBN 314808)
  mzambarda@cooley.com
Addison M. Litton (SBN 305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　　Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER**<br><br>Judge: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

In light of the disruption to operations in the Sacramento County Jail facilities (the "Jail") caused by the COVID-19 pandemic, the parties previously agreed that it was necessary to postpone scheduled on-site monitoring visits by the Court Experts and Plaintiffs' counsel as consistent with the Consent Decree and related orders in this case. On April 30, 2020, the Court granted the parties' request to extend the Court Experts' first monitoring report deadlines and directed the parties to file a status report on or before June 24, 2020. (ECF No. 119.)

The parties have now submitted a Joint Status Report updating the Court as to the status of monitoring pursuant to the Consent Decree given current circumstances, and have proposed modifications to the timeline and parameters for completion of the first monitoring reports by the Court Experts.

Having considered the parties' Joint Status Report and good cause appearing, it is hereby ordered that:

a) The Court Experts and Plaintiffs' counsel who are able to travel to the Jail for on-site monitoring will be permitted to do so, within modified parameters as agreed upon by the parties and as consistent with operational and public safety needs related to the COVID-19 pandemic.

b) Defendant will provide the Court Experts and Plaintiffs' counsel with remote access to class members' Jail electronic health records (including medical and mental health records) to allow for remote individual records review.

c) The Court Experts and Plaintiffs' counsel will request production of individual class member Jail custody records as they deem necessary for their monitoring role. Defendant will produce such records within seven (7) calendar days of the request.

d) Defendant will arrange for a virtual tour of the facilities to accommodate the Court Experts who are unable to do an on-site monitoring visit. The virtual tour will be made available to all Court Experts and Plaintiffs' counsel.

e)   Defendant will timely produce documents, data, and other information requested by the Court Experts and Plaintiffs' counsel.

f)   The parties will work cooperatively to ensure that the Court Experts and Plaintiffs' counsel are able to conduct interviews of custody and health care staff and confidential, voluntary interviews of class members.

g)   The Court Experts will prepare a draft written report on Defendant's efforts to meet the terms of the Consent Decree, as set forth in the Court's Order re: Joint Request for Appointment of Court Experts (ECF No. 117, ¶ 4) no later than **October 7, 2020**.

h)   The parties will provide written comments or objections to the Court Experts' draft reports no later than **October 21, 2020**.

i)   The Court Experts will issue their final reports no later than **October 28, 2020**.  The parties will promptly file a Joint Status Report with the final reports.

j)   Where there is a conflict between the aforementioned provisions and the provisions in the Court's Order re: Joint Request for Appointment of Court Experts (ECF No. 117), the provisions set forth above shall control for purposes of the first monitoring report.  All other provisions in the Court's previous orders remain in effect.

k)   Absent further court order, the monitoring and reporting provisions set forth in the Consent Decree and the Court's Order re: Joint Request for Appointment of Court Experts (ECF No. 117) will apply to all monitoring after completion of the first monitoring reports.

**IT IS SO ORDERED.**

Dated:  June 25, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.ext2.mon