UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al., | No. 2:18-cv-2081 TLN KJN P |
| Plaintiffs, | **CLASS ACTION** |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

    This action is governed by a consent decree (ECF No. 85-1), approved by the court on January 13, 2020 (ECF No. 110), addressing conditions at the Sacramento County Main Jail. On September 3, 2020, the court received seven letters from jail inmates who claim they have been housed in solitary confinement at the Sacramento County Main Jail for periods ranging from 10.5 to 22 months, allegedly violating the consent decree (Section VIII, "Segregation/Restrictive Housing") (ECF No. 85-1 at 67-68).

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court shall file the inmate letters on the docket;

    2. The Clerk of the Court shall serve copies of the letters on plaintiffs' class counsel;

    3. Plaintiffs' class counsel shall ensure that the concerns of these jail inmates are addressed in the draft written report due October 7, 2020; and

////

Case 2:18-cv-02081-TLN-KJN   Document 122   Filed 09/04/20   Page 2 of 2

4. The Clerk of the Court shall serve a copy of this order on the following inmates housed at the Sacramento County Jail, 651 I Street, Sacramento, CA 95814:

George Westbrook, X-Ref No. 4102334

Rudy Martinez, X-Ref No. 5238059

Juan Vasquez, aka Juan VasquezOrozco, X-Ref No. 5287140

Dereck Gl, X-Ref No. 4391053

Aaron Hudson, X-Ref No. 3668238

Thien Quach, X-Ref No. 4842965

Juan Torres, aka Juan Carlos Torresbobadilla, X-Ref No. 4649439

Dated: September 4, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.ltrs.ad.seg