Aaron J. Fischer (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
  anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
Sophie Hart (SBN 321663)
  sophieh@prisonlaw.coom
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

*Attorneys for Plaintiffs*

Jessica Valenzuela Santamaria (SBN 220934)
  jvs@cooley.com
Mark A. Zambarda (SBN 314808)
  mzambarda@cooley.com
Addison M. Litton (SBN 305374)
  alitton@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

On April 27, 2020, the parties filed a Stipulation informing the Court that, in light of the disruption to operations in the Sacramento County Jail facilities (the "Jail") caused by the COVID-19 pandemic, the parties agreed to postpone scheduled on-site monitoring visits by the Court Experts and Plaintiffs' counsel. The Court granted the request to extend the deadlines and directed the parties to file a status report on or before June 24, 2020. Dkt. 119.

On June 24, 2020, the parties filed a Joint Status Report, in which they proposed a modified schedule for the Court Experts' first Remedial Plan monitoring reports, such that these reports would be submitted to the Court no later than October 28, 2020. On June 26, 2020, the Court issued an order approving the modified schedule. Dkt. 121.

The parties have now submitted a Status Report and Stipulation on Court Expert Monitoring Reports, informing the Court about their agreement for the Court Experts on medical and mental health care to complete reports specifically related to COVID-19 and about one medical expert's resignation from the position of Court Expert. In light of these developments, the parties have proposed further modifications to the timeline and parameters for completion of the Court Experts' monitoring reports.

Having considered the parties' Status Report and Stipulation, and good cause appearing, it is hereby ordered that:

1. **COVID-19 Jail Assessment Reports**
    a) The Court Experts will prepare a draft written report on COVID-19 issues at the Jail no later than **October 16, 2020**.
    b) The parties will provide written comments or objections to the Court Experts' draft reports no later than **October 21, 2020**.

1

     c) The Court Experts will issue their final reports no later than **October 26, 2020**.  The parties will promptly file a Joint Status Report appending the final reports.

2. **<u>First Remedial Plan Monitoring Reports</u>**

     a) The Court Experts will prepare a draft written report on Defendant's efforts to meet the terms of the Consent Decree, as set forth in the Court's Order re: Joint Request for Appointment of Court Experts (Dkt. 117, ¶ 4) no later than **December 16, 2020**.

     b) The parties will provide written comments or objections to the Court Experts' draft reports no later than **December 30, 2020**.

     c) The Court Experts will issue their final reports no later than **January 20, 2021**.  The parties will promptly file a Joint Status Report appending the final reports.

3. Where there is a conflict between the aforementioned provisions and the provisions in the Court's Order re: Joint Request for Appointment of Court Experts (Dkt. 117), the provisions set forth above shall control for purposes of the first Remedial Plan monitoring report.  All other provisions in the Court's previous orders remain in effect.

4. Absent further court order, the monitoring and reporting provisions set forth in the Consent Decree and the Court's Order re: Joint Request for Appointment of Court Experts (Dkt. 117) will apply to all monitoring after completion of the first Remedial Plan monitoring reports.

5. Plaintiffs' counsel, consistent with their monitoring authority under the Consent Decree and their role in reporting on Defendant's compliance with the components of the Remedial Plan pertaining to restrictive housing, ADA/disability, and discipline and use of force for people with mental health and intellectual disabilities (Consent Decree ¶¶ 23-24), will complete

and submit their first report on or before **January 20, 2021**. The report will contain analysis regarding the seven class members who submitted letters to the Court about their experiences in restrictive housing, as the Court has directed (Dkt. 122).

6. Defendant will complete and file its first status report on its progress toward compliance with the Consent Decree, as consistent with Paragraph 12 of the Consent Decree, no later than **October 5, 2020**.

**IT IS SO ORDERED.**

Dated:  October 6, 2020

/mays2081.ord5

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3