UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al., | No. 2:18-cv-2081 TLN KJN P |
| Plaintiffs, | **CLASS ACTION** |
| v. | <u>ORDER</u> |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

This action is governed by a consent decree (ECF No. 85-1), approved by the court on January 13, 2020 (ECF No. 110), addressing conditions at the Sacramento County Main Jail. On November 16, 2020, the court received a letter from five jail inmates, held in restrictive housing, who claim that since August, despite filing grievances and raising issues[1] with various authorities, nothing has been done.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall file the inmate letter on the docket;

---

[1] Such issues include long term isolation, ranging from 6 to 24 months; deprivation of out of cell recreation time; education, rehabilitation, and other materials (i.e. working and fully charged tablets, art supplies) for in-cell activities, and outdoor recreation, and deprivation of adequate telephone access; failure to screen or classify each inmate within thirty days or to provide the inmate written notice of why the inmate was placed in restrictive housing, all allegedly in violation of the consent decree (Section VIII, "Segregation/Restrictive Housing") (ECF No. 85-1 at 67-68).

2. The Clerk of the Court shall serve a copy of the letter on plaintiffs' class counsel;

3. Plaintiffs' class counsel shall ensure that the concerns of these jail inmates are also addressed in their first report due January 20, 2021 (per ECF No. 128 at 4); and

4. The Clerk of the Court shall serve a copy of this order on the following inmates housed at the Sacramento County Jail, 651 I Street, Sacramento, CA  95814:

    George Westbrook, X-Ref No. 4102334

    Dereck Gl, X-Ref No. 4391053

    Thien Quach, X-Ref No. 4842965

    Juan Torres, aka Juan Carlos Torresbobadilla, X-Ref No. 4649439

    Joel Avila, X-Ref No. 5238061

Dated:  November 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.ltr.ad.seg2