Aaron J. Fischer (SBN 247391)
  Aaron.Fischer@disabilityrightsca.org
Anne Hadreas (SBN 253377)
  anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER**<br><br>Judge: Hon. Kendall J. Newman<br><br>Complaint Filed: July 31, 2018 |

On April 27, 2020, the parties filed a Stipulation informing the Court that, in light of the disruption to operations in the Sacramento County Jail facilities (the "Jail") caused by the COVID-19 pandemic, the parties agreed to postpone scheduled on-site monitoring visits by the Court Experts and Plaintiffs' counsel. The Court

granted the request to extend the deadlines and directed the parties to file a status report on or before June 24, 2020.  (ECF No. 119.)

On June 24, 2020, the parties filed a Joint Status Report, in which they proposed a modified schedule for the Court Experts' first Remedial Plan monitoring reports, such that these reports would be submitted to the Court no later than October 28, 2020.  On June 26, 2020, the Court issued an order approving the modified schedule.  (ECF No. 121.)

Given the urgency of the issues presented by the COVID-19 pandemic, the parties subsequently jointly requested that the Court Experts on medical and mental health care conduct "COVID-19 Jail Assessments" and produce reports with findings and recommendations regarding risks, policies, and practices related to the COVID-19 pandemic before turning to their first monitoring reports. Those COVID-19 reports were filed on October 27, 2020.  (ECF No. 127-1.)  Defendant filed a response on December 8, 2020.  (ECF No. 134.)

The parties have now submitted the first monitoring reports by the Court Experts in this matter regarding medical care, mental health care, and suicide prevention.  (ECF Nos. 136-1, 136-2, 136-3.)  The parties also have jointly requested a modification to the deadlines for Plaintiffs' class counsel monitoring reports regarding compliance with the Remedial Plan's restrictive housing and ADA/disability provisions.  (ECF No. 136.)

Having considered the parties' joint Status Report and Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

Plaintiffs' counsel, consistent with their authority under the Consent Decree and their role in monitoring Defendant's compliance with the components of the Remedial Plan pertaining to restrictive housing and ADA/disability, shall file their monitoring reports as follows:

- Restrictive housing report to be filed by Feb. 26, 2021

- ADA/Disability report to be filed by March 26, 2021

**IT IS SO ORDERED.**

Dated:  January 24, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.exp.mon.1