Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

Aaron J. Fischer (SBN 247391)
  ajf.aaronfischerlaw.com
2001 Addison Street, Ste. 300
Berkeley, CA 94704
Telephone: (510) 806-7366
Fax: (510) 694-6314

Anne Hadreas (SBN 253377)
  anne.hadreas@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**Status Report: First Monitoring Report on Americans with Disabilities Act Compliance Practices in the Sacramento County Jails**<br><br>**Judge: Hon. Kendall J. Newman**<br><br>Complaint Filed: July 31, 2018 |

The Consent Decree in this matter provides that Plaintiffs' counsel will issue written reports on Sacramento County's compliance with the Americans with Disabilities Act (ADA) components of the Remedial Plan. Consent Decree, Doc. No. 85-1 at 8.  On January 25, 2021, the Court ordered Plaintiffs' counsel to file the first monitoring report on compliance with the ADA/Disability measures of the Remedial Plan by March 26, 2021.  Doc. No. 138.

On March 12, 2021, Plaintiffs' counsel provided a draft of the report to the County.  On March 25, 2021, the Sacramento Sheriff's Office and Adult Correctional Health provided comments and clarifications on the draft report, which Plaintiffs' counsel considered and incorporated, as appropriate, into the final report.

Pursuant to the Court's Order, Plaintiffs' counsel's First Monitoring Report on Americans with Disabilities Act Compliance Practices in the Sacramento County Jails is filed herewith.

                                      Respectfully submitted,

Dated: March 26, 2021                  */s/ Aaron J. Fischer*
                                            Aaron J. Fischer
                                            LAW OFFICE OF AARON J. FISCHER
                                            Attorney for Plaintiffs

Dated: March 26, 2021                  */s/ Margot Mendelson (as authorized 3/26/21)*
                                            Margot Mendelson
                                            PRISON LAW OFFICE
                                            Attorney for Plaintiffs

Dated: March 26, 2021                  */s/ Anne Hadreas (as authorized 3/26/21)*
                                            Anne Hadreas
                                            DISABILITY RIGHTS CALIFORNIA
                                            Attorney for Plaintiffs

**Status Report: First ADA Compliance Monitoring Report**