Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

AARON J. FISCHER (SBN 247391)
  ajf@aaronfischerlaw.com
Law Office of Aaron J. Fischer
2001 Addison Street, Ste. 300
Berkeley, CA 94704
Telephone: (510) 806-7366
Fax: (510) 694-6314

JENNIFER STARK (SBN 267062)
  jennifer.stark@disabilityrightsca.org
Disability Rights California
2111 J St., #406
Sacramento, CA 95816
Telephone: (510) 267-1200
Fax: (510) 267-1201
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**STATUS REPORT: SECOND MONITORING REPORTS OF COURT-APPOINTED EXPERTS**<br><br>**Judge: Hon. Kendall J. Newman**<br><br>Complaint Filed: July 31, 2018 |

On January 21, 2021, the parties submitted the first monitoring reports completed by the court-appointed experts, on Remedial Plan provisions pertaining to Medical Care, Mental Health Care, and Suicide Prevention at the Sacramento County Jail.  Dkt. 121.

As set forth in the Consent Decree in this case, monitoring reports are to be completed every 180 days during the term of the Consent Decree, to advise the parties and the Court on Defendant's compliance or non-compliance with each provision of the Remedial Plan.  The monitoring reports shall be publicly filed with the Court and shall be admissible as evidence in any proceedings before the Court. Consent Decree ¶ 15, Dkt. 85-1.

The parties and the court-appointed experts have worked diligently to timely complete the second round monitoring reports.  As management of the COVID-19 pandemic continues to pose challenges to monitoring activities and to day-to-day operations at the Sacramento County Jail, the second round reports required some additional time to be finalized.

Accordingly, the parties now submit the second monitoring reports of the Sacramento County Jail Court Experts on Medical Care, Mental Health Care, and Suicide Prevention, as follows:

**Exhibit A**: Second Monitoring Report on Medical Care, by Madeleine L. LaMarre and Karen Saylor

**Exhibit B**: Second Monitoring Report on Mental Health Care, by Mary Perrien

**Exhibit C**: Second Monitoring Report on Suicide Prevention, by Lindsay Hayes

1

**STATUS REPORT: SECOND MONITORING REPORTS OF COURT-APPOINTED EXPERTS**

Plaintiffs' counsel, consistent with their authority under the Consent Decree and their role in monitoring the County's compliance with components of the Remedial Plan pertaining to Restrictive Housing and ADA/Disability, are proceeding with monitoring on those topics. Plaintiffs' counsel will submit second round monitoring reports on these topics as soon as completed.

Respectfully submitted,

Dated: October 4, 2021

*/s/ Aaron J. Fischer*
Aaron J. Fischer
LAW OFFICE OF AARON J. FISCHER
Attorney for Plaintiffs

Dated: October 4, 2021

*/s/ Margot Mendelson (as authorized 10/4/21)*
Margot Mendelson
PRISON LAW OFFICE
Attorney for Plaintiffs

Dated: October 4, 2021

*/s/ Rick Heyer (as authorized 10/4/21)*
Rick Heyer
SACRAMENTO COUNTY COUNSEL
Attorney for Defendant