Donald Specter (SBN 83925)
  dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
Patrick Booth (SBN)328783
  patrick@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

AARON J. FISCHER (SBN 247391)
  ajf@aaronfischerlaw.com
Law Office of Aaron J. Fischer
2001 Addison Street, Ste. 300
Berkeley, CA 94704
Telephone: (510) 806-7366
Fax: (510) 694-6314

JENNIFER STARK (SBN 267062)
  jennifer.stark@disabilityrightsca.org
Disability Rights California
2111 J St., #406
Sacramento, CA 95816
Telephone: (510) 267-1200
Fax: (510) 267-1201
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　　Defendant. | Case No. 2:18-cv-02081 TLN KJN<br><br>**CLASS ACTION**<br><br>**STATUS REPORT: THIRD MONITORING REPORT OF COURT-APPOINTED EXPERT-SUICIDE PREVENTION**<br><br>**Judge: Hon. Kendall J. Newman**<br><br>Complaint Filed: July 31, 2018 |

On October 4, 2021, the parties submitted the second monitoring reports completed by the court-appointed Subjects Matter Experts, on Remedial Plan provisions pertaining to Medical Care, Mental Health Care, and Suicide Prevention at the Sacramento County Jail. Dkt. 149.

As set forth in the Consent Decree, monitoring reports are to be regularly completed, to advise the parties and the Court on Defendant's compliance or non-compliance with each provision of the Remedial Plan. The monitoring reports shall be publicly filed and shall be admissible as evidence in any proceedings before the Court. Consent Decree ¶ 15, Dkt. 85-1.

The parties and the court-appointed experts have worked diligently to timely complete the third round monitoring reports. At present, the third monitoring report regarding Suicide Prevention has been completed by the Subject Matter Expert, Lindsay Hayes, and is filed herewith.

The Subject Matter Experts on Medical Care and Mental Health Care are in the process of completing their third monitoring reports, which will be filed upon completion.

Respectfully submitted,

Dated: August 23, 2022

/s/ Aaron J. Fischer
Aaron J. Fischer
LAW OFFICE OF AARON J. FISCHER
Attorney for Plaintiffs

Dated: August 23, 2022

/s/ Margot Mendelson (as authorized 8/23/22)
Margot Mendelson
PRISON LAW OFFICE
Attorney for Plaintiffs

Dated: August 23, 2022

/s/ Rick Heyer (as authorized 8/23/22)
Rick Heyer
SACRAMENTO COUNTY COUNSEL
Attorney for Defendant

1

**STATUS REPORT: THIRD MONITORING REPORT OF COURT-APPOINTED EXPERT – SUICIDE PREVENTION**