UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al., | No. 2:18-cv-2081 TLN KJN P |
| Plaintiffs, | **CLASS ACTION** |
| v. | <u>ORDER</u> |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

The court is in receipt of a document styled, "Notice of Ongoing Abuses at Sacramento County Jail, Motion for Monetary Sanctions and Other Requested Relief," from inmate Aaron McCoy, a state prisoner temporarily housed at the Sacramento County Jail, an asserted member of the plaintiff class. The plaintiff class is represented by counsel in this matter. Therefore, no further court action will be taken on inmate McCoy's notice.

The undersigned declines to construe McCoy's submission as a putative civil rights complaint under 42 U.S.C. § 1983, inasmuch as plaintiff would incur the court's filing fee and seeks relief unavailable through such action. Plaintiff is currently seeking habeas relief in state court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall file the inmate notice on the docket;

////

1

      2. The Clerk of the Court is directed to send a copy of inmate McCoy's notice to counsel for plaintiffs;

      3. No further court action will be taken on such notice; and

      4. The Clerk of the Court is directed to serve a copy of this order on inmate Aaron McCoy, X-Ref 1418122, Sacramento County Jail, 651 I Street, Sacramento, CA  94814.

Dated:  September 13, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2081.mccoy