Donald Specter (SBN 83925)
 dspecter@prisonlaw.com
Margot Mendelson (SBN 268583)
 mmendelson@prisonlaw.com
Patrick Booth (SBN 328783)
 patrick@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

AARON J. FISCHER (SBN 247391)
 ajf@aaronfischerlaw.com
Law Office of Aaron J. Fischer
1400 Shattuck Avenue, Ste. 12 - #344
Berkeley, CA 94709
Telephone: (510) 806-7366
Fax: (510) 694-6314

JENNIFER STARK (SBN 267062)
 jennifer.stark@disabilityrightsca.org
Disability Rights California
2111 J St., #406
Sacramento, CA 95816
Telephone: (510) 267-1200
Fax: (510) 267-1201
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN CSK<br><br>**CLASS ACTION**<br><br>**STATUS REPORT: FIFTH MONITORING REPORT OF COURT-APPOINTED MEDICAL CARE EXPERTS**<br><br>Complaint Filed: July 31, 2018 |

On August 15, 2023, the parties submitted the fourth monitoring report completed by the court-appointed Subject Matter Experts on medical care in this matter. Dkt. 168.

As set forth in the Consent Decree, monitoring reports are to be regularly completed, to advise the parties and the Court on Defendant's compliance or non-compliance with each provision of the Remedial Plan. The monitoring reports shall be publicly filed and shall be admissible as evidence in any proceedings before the Court. Consent Decree ¶ 15, Dkt. 85-1.

The fifth monitoring report assessing the status of implementation of the Remedial Plan provisions on medical care at the Sacramento County Jail has been completed by the Subject Matter Experts and is filed herewith.

Respectfully submitted,

Dated: July 16, 2024         */s/ Margot Mendelson*
Margot Mendelson
PRISON LAW OFFICE
Attorney for Plaintiffs

Dated: July 16, 2024         */s/ Aaron J. Fischer (as authorized 7/16/24)*
Aaron J. Fischer
LAW OFFICE OF AARON J. FISCHER
Attorney for Plaintiffs

Dated: July 16, 2024         */s/ Sarah A. Britton (as authorized 7/16/24)*
Sarah A. Britton
SACRAMENTO COUNTY COUNSEL
Attorney for Defendant

**STATUS REPORT: FIFTH MONITORING REPORT OF COURT-APPOINTED MEDICAL CARE EXPERTS**