UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | No. 2:18-cv-02081-TLN-CSK |
| ESTATE OF NORMAN FISHER, JR., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | No. 2:24-cv-00109-DAD-SCR<br><br>**NON-RELATED CASE ORDER** |

Plaintiffs filed a Notice of Related Cases on August 20, 2024. Examination of the above-captioned actions reveals they are not related within the meaning of Local Rule 123 (E.D. Cal. 1997). Pursuant Local Rule 123, two actions are related when they involve the same parties and are based on the same or similar claim(s); when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their

assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

The Court finds the above-captioned cases are not "related" within the meaning of Local Rule 123. Put simply, the cases involve different parties and underlying facts. *Fisher* is a civil rights and wrongful death/survival action arising from the deliberate indifference by medical staff at the Sacramento County Main Jail to the plaintiff's serious medical needs resulting in his death on May 27, 2023. *Mays*, in contrast, was a class action lawsuit brought by unrelated plaintiffs in 2018 that involved broad concerns about the conditions at Sacramento County Main Jail and resulted in a Consent Decree requiring implementation of a widescale, remedial plan to revise policies and improve conditions and medical care at the facility. While the cases may have some overlap, the Court does not believe *Fisher* is sufficiently related to *Mays* to warrant assignment to the same judge.

For these reasons, The Court declines to relate the above-captioned cases.

IT IS SO ORDERED.

Date: August 23, 2024

Troy L. Nunley
United States District Judge