# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN CSK<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO SCHEDULE STATUS CONFERENCES**<br><br>Complaint Filed: July 31, 2018 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the parties will appear via Zoom for a status conference every six months. The parties agree to the following schedule for status conferences:

- March 20, 2025 at 10 AM;
- September 19, 2025 at 10 AM;
- March 13, 2026 at 10 AM; and
- September 11, 2026 at 10 AM.

Respectfully submitted,

Dated: September 25, 2024

/s/ Margot Mendelson
Margot Mendelson
PRISON LAW OFFICE
Attorney for Plaintiffs

Dated: September 25, 2024

/s/ Aaron J. Fischer (as authorized 9/25/24)
Aaron J. Fischer
LAW OFFICE OF AARON J. FISCHER
Attorney for Plaintiffs

Dated: September 25, 2024

/s/ Sarah A. Britton (as authorized 9/25/24)
Sarah A. Britton
SACRAMENTO COUNTY COUNSEL
Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that the parties will appear for a status conference via Zoom on the following dates and times: March 20, 2025 at 10:00 AM; September 19, 2025 at 10:00 AM; March 13, 2026 at 10:00 AM; and September 11, 2026 at 10:00 AM.

Dated:  October 1, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Mays2081.stip

**STIPULATION AND [PROPOSED] ORDER TO SCHEDULE STATUS CONFERENCES**