LISA A. TRAVIS, County Counsel
  [State Bar No. 184793]
JANICE M. SNYDER, Assistant County Counsel
  [State Bar No. 198673]
MONICA ROBINSON, Deputy County Counsel
  [State Bar No. 261450]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 875-9792
Facsimile:  (916) 874-8207
E-mail:  robinsonm@saccounty.gov
File No.:  126602-000012

Attorneys for County of Sacramento

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, LEERTESE BEIRGE, and CODY GARLAND, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No. 2:18-cv-02081-TLN-CSK<br><br>JUDGE: Hon. Chi Soo Kim<br><br>[PROPOSED] ORDER FOR FUTURE COUNTY STATUS REPORTS |

    Pursuant to the Consent Decree (ECF No. 85-1), approved by the Court on January 13, 2020 (ECF No. 110), "Not less than 120 days, and not more than 180 days, after this Consent Decree is approved by the Court, Defendant shall provide to Plaintiffs' counsel and the Court Experts . . . a Status Report."  (ECF No. 85-1 ¶ 12.)

    In accordance with the Consent Decree and its remedial purposes, and pursuant to the Court's inherent power, the Court approves the stipulation permitting the County to file future Status Reports on February 15th and August 15th.  The reporting period from January 1st through June 30th will be reported in the August 15th County Status Report.  The reporting period from July 1st though December 31st will be reported in the February 15th County Status Report.

///

1    IT IS SO ORDERED.

Dated:  January 23, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.revd.sr.ddl

2