Margot Mendelson (SBN 268583)
  mmendelson@prisonlaw.com
Patrick Booth (SBN 328783)
  patrick@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

AARON J. FISCHER (SBN 247391)
  ajf@aaronfischerlaw.com
Law Office of Aaron J. Fischer
1400 Shattuck Avenue, Ste. 12, #344
Berkeley CA 94709
Telephone: (510) 806-7366
Fax: (510) 694-6314

JENNIFER STARK (SBN 267062)
  jennifer.stark@disabilityrightsca.org
Disability Rights California
1831 K Street
Sacramento, CA 95811
Telephone: (510) 267-1200
Fax: (510) 267-1201
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN CSK<br><br>**CLASS ACTION**<br><br>**STATUS REPORT: SIXTH MONITORING REPORT OF COURT-APPOINTED MEDICAL CARE EXPERTS**<br><br>Complaint Filed: July 31, 2018 |

1. On July 16, 2024, the parties submitted the fifth monitoring report completed by the court-appointed Subject Matter Experts on Remedial Plan provisions pertaining to medical care at the Sacramento County Jail. Dkt. 180, 180-1.

2. As set forth in the Consent Decree, monitoring reports are to be regularly completed, to advise the parties and the Court on Defendant's compliance or non-compliance with each provision of the Remedial Plan. The monitoring reports shall be publicly filed and shall be admissible as evidence in any proceedings before the Court. Consent Decree ¶ 15, Dkt. 85-1.

3. The sixth monitoring report assessing the status of implementation of the Remedial Plan provisions on medical care at the Sacramento County Jail has been completed by the Subject Matter Experts and is filed herewith.

Respectfully submitted,

Dated: January 27, 2025   */s/ Margot Mendelson*
Margot Mendelson
PRISON LAW OFFICE
Attorney for Plaintiffs

Dated: January 27, 2025   */s/ Aaron J. Fischer (as authorized 1/26/25)*
Aaron J. Fischer
LAW OFFICE OF AARON J. FISCHER
Attorney for Plaintiffs

Dated: January 27, 2025   */s/ Monica Robinson (as authorized 1/27/25)*
Monica Robinson
SACRAMENTO COUNTY COUNSEL
Attorney for Defendant