AARON J. FISCHER (SBN 247391)
 ajf@aaronfischerlaw.com
Law Office of Aaron J. Fischer
1400 Shattuck Avenue, Ste. 12, #344
Berkeley, CA 94709
Telephone: (510) 806-7366
Fax: (510) 694-6314

JENNIFER STARK (SBN 267062)
 Jennifer.Stark@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (510) 267-1200
Fax: (510) 267-1201

MARGOT MENDELSON (SBN 268583)
 MMendelson@prisonlaw.com
PATRICK BOOTH (SBN 328783)
 Patrick@prisonlaw.com
MEGHA RAM (SBN 325134)
 mram@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br><br>  v.<br><br>COUNTY OF SACRAMENTO,<br><br>    Defendant. | Case Number: 2:18-cv-02081<br><br>**DESIGNATION OF COUNSEL & NOTICE OF WITHDRAWAL OF ATTORNEYS** |

1         Plaintiffs hereby designate the following attorney from Prison Law Office as counsel in

2   this action:

3             Megha Ram (SBN 325134)
              mram@prisonlaw.com
4             PRISON LAW OFFICE
              1917 Fifth Street
5             Berkeley, California 94710
6             Telephone: (510) 280-2621

7         The following attorneys from Prison Law Office are no longer counsel in this action:

8         Donald Specter (SBN 83925)

9         Sophie Hart (SBN 321663)

10  DATED:    Feb. 14, 2025                    /s/     Megha Ram
11                                                     Megha Ram

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26