LISA A. TRAVIS, County Counsel
[State Bar No. 184793]
JANICE M. SNYDER, Assistant County Counsel
[State Bar No. 198673]
MONICA ROBINSON, Deputy County Counsel
[State Bar No. 261450]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 875-9792
Facsimile:  (916) 874-8207
E-mail:  robinsonm@saccounty.gov
File No.:  126602-000012

Attorneys for County of Sacramento

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No. 2:18-cv-2081 TLN CSK P<br><br>JUDGE: Hon. Chi Soo Kim<br><br>[PROPOSED] ORDER FOR SUSPENSION OF MONITORING |

Pursuant to the Consent Decree (ECF No. 85-1), approved by the Court on January 13, 2020 (ECF No. 110), the "Defendant may, after conferring with Plaintiffs' counsel, request a finding by the Court that Defendant is in substantial compliance with one or more components of the Remedial Plan and has maintained such substantial compliance for a period of at least twelve months.  Unless otherwise ordered by the Court, such a finding will result in a suspension of monitoring by the relevant Court expert and Plaintiffs' counsel of any such component." (ECF No. 85-1 ¶ 38.)

In accordance with the Consent Decree and its remedial purposes, and pursuant to the Court's inherent power, IT IS HEREBY ORDERED that the Court approves the stipulated joint request for suspension of thirty-two items contained in the Remedial Plan (ECF No. 204) finding the Defendant is in substantial compliance with these provisions.  Specifically, the

following items of the Remedial Plan shall immediately be suspended of monitoring by the relevant Court expert and Plaintiffs' counsel:

**Medical Care:**

1. VI.B.1
2. VI.C.6
3. VI.D.3
4. VI.E.8
5. VI.F.1.a
6. VI.F.6
7. VI.G.5
8. VI.K.1
9. VI.L.2
10. VI.M.1
11. VI.M.2

**Suicide Prevention**

1. VII.B.4
2. VII.C.3
3. VII.C.5
4. VII.C.6
5. VII.E.2
6. VII.E.3
7. VII.E.4
8. VII.H.2
9. VII.H.6
10. VII.J.4
11. VII.J.5
12. VII.N.3
13. VII.N.7

|   |     |          |
|---|-----|----------|
| 14. | VII.P.3 |
| 15. | VII.Q.1 |
| 16. | VII.Q.3 |
| 17. | VII.R.1 |
| 18. | VII.R.2 |
| 19. | VII.R.4 |

**Use of Restrictive Housing**

1. VIII.B.4
2. VIII.I

**IT IS SO ORDERED.**

Dated:  April 18, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.suspend