UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MAYS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO,<br><br>  Defendant. | No. 2:18-cv-2081 TLN CSK P<br><br>**ORDER GRANTING THE PARTIES' REVISED JOINT REQUEST FOR AMENDMENT TO COURT EXPERT REVIEW AND REPORTS ON THE REMEDIAL PLAN AND ORDER APPROVING AMENDMENTS** |

On September 15, 2025, the parties filed a revised joint request to amend two paragraphs of the Consent Decree. (ECF No. 223.)

I.  PARAGRAPH 15

The parties seek amendment to paragraph 15 (pg. 4 of the Consent Decree). Currently, paragraph 15 reads as follows:

> 15. Not less than 180 days after the completion of their respective first reports, and then every 180 days thereafter during the term of this Consent Decree, the Court Experts shall complete reviews and reports ("180-Day Reports") to advise the parties and the Court on Defendant's compliance or non-compliance with each provision relating to the mental health, medical, and suicide prevention components of the Remedial Plan. The reports of the Court Experts shall be publicly filed with the Court and shall be admissible as evidence in any proceedings before the Court.

(ECF No. 85-1 at 5.)

1  In accordance with the Consent Decree and its remedial purposes, and pursuant to the Court's
2  inherent power, the parties' joint request (ECF No. 223 at 1-2) is granted, and the Court approves
3  the following amendment to paragraph 15 of the Consent Decree (ECF No. 85-1, p. 4):

> 15. The Court Experts shall complete reviews and reports to advise the parties and the Court on Defendant's compliance or non-compliance with each provision relating to the mental health, medical, and suicide prevention components of the Remedial Plan. The Court Experts will produce reports after their site visits, and the reports will generally be provided to the County within three to four months of the corresponding site visit. The subsequent expert site visit generally will be scheduled three to five months after the County receives the draft of expert report evaluating the prior site visit. The reports of the Court Experts shall be publicly filed with the Court and shall be admissible as evidence in any proceedings before the Court.

The procedural change to paragraph 15 will go into effect after the currently scheduled monitoring reports.

II.   PARAGRAPH 38

The parties seek amendment to paragraph 38 (page 11 of the Consent Decree). Currently, paragraph 38 reads as follows:

> 38. Defendant may, after conferring with Plaintiffs' counsel, request a finding by the Court that Defendant is in substantial compliance with one or more components of the Remedial Plan and has maintained such substantial compliance for a period of at least twelve months. Unless otherwise ordered by the Court, such a finding will result in a suspension of monitoring by the relevant Court expert and Plaintiffs' counsel of any such component.

(ECF No. 85-1 at 12.)

In accordance with the Consent Decree and its remedial purposes, and pursuant to the Court's inherent power, the parties' joint request is granted, and the Court approves the following amendment to paragraph 38 of the Consent Decree (ECF No. 85-1, p. 11), including the bolded portion:

> 38. Defendant may, after conferring with Plaintiffs' counsel, request a finding by the Court that Defendant is in substantial compliance with on or more components of the Remedial Plan and has maintained such substantial compliance for a period of **two consecutive monitoring reports.** Unless otherwise ordered by the Court, such a finding will result in suspension of monitoring by the relevant Court expert and Plaintiffs' counsel of any such component.

The procedural change to paragraph 38 will go into effect immediately.

III.  ORDERS

Accordingly, IT IS HEREBY ORDERED that

1. The parties' revised joint request (ECF No. 223) is granted; and
2. Paragraphs 15 and 38 of the Consent Decree (ECF No. 85-1) are modified, with the attendant time frames, as set forth above.

Dated:  September 16, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.mod.58-1

3