LISA A. TRAVIS, County Counsel
  [State Bar No. 184793]
JANICE M. SNYDER, Assistant County Counsel
  [State Bar No. 198673]
MONICA ROBINSON, Deputy County Counsel
  [State Bar No. 261450]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 875-9792
Facsimile:  (916) 874-8207
E-mail:  robinsonm@saccounty.gov
File No.:  126602-000012

Attorneys for County of Sacramento

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No. 2:18-cv-02081 TLN -CSK<br><br>JUDGE: Hon. Chi Soo Kim<br><br>[PROPOSED] ORDER FOR SUSPENSION OF MONITORING |

Pursuant to the Consent Decree (ECF No. 85-1), approved by the Court on January 13, 2020 (ECF No. 110), the "Defendant may, after conferring with Plaintiffs' counsel, request a finding by the Court that Defendant is in substantial compliance with one or more components of the Remedial Plan and has maintained such substantial compliance for a period of at least twelve months.  Unless otherwise ordered by the Court, such a finding will result in a suspension of monitoring by the relevant Court expert and Plaintiffs' counsel of any such component." (ECF No. 85-1 ¶ 38.)

In accordance with the Consent Decree and its remedial purposes, and pursuant to the Court's inherent power, IT IS HEREBY ORDERED that the Court approves the stipulated joint request for suspension of thirty-two items contained in the Remedial Plan (ECF No. 204) finding the Defendant is in substantial compliance with these provisions.  The following items of the

Remedial Plan (ECF No. 204) for which monitoring by the relevant Court expert(s) and Plaintiffs' counsel shall immediately be suspended, remain subject to Paragraph 39 of the Consent Decree regarding resumption of monitoring under particular circumstances. Specifically, the following items of the Remedial Plan shall immediately be suspended of monitoring by the relevant Court expert(s) and Plaintiffs' counsel:

**Americans with Disabilities Act ("ADA")**

1. III.C.1
2. III.E.4
3. III.I.2

**Mental Health Care**

1. IV.A.a
2. IV.A.b
3. IV.A.e
4. IV.A.f
5. IV.B.2
6. IV.B.3

**Disciplinary Measures and Use of Force for Prisoners with Mental Health or Intellectual Disabilities**

1. V.A.1

**Medical Care**

1. VI.H.4
2. VI.I.3

**Segregation/Restrictive Housing**

1. VIII.E.1.a
2. VIII.E.1.b
3. VIII.E.1.c
4. VIII.E.2.a
5. VIII.E.2.b

    6. VIII.E.2.c

    7. VIII.E.2.e

    8. VIII.E.2.f

    9. VIII.E.2.g

    10. VIII.E.3.a

    11. VIII.F.1

**IT IS SO ORDERED.**

Dated: December 10, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.suspend2