1  **LISA A. TRAVIS, County Counsel**
   **[State Bar No. 184793]**
2  **JANICE M. SNYDER, Assistant County Counsel**
   **[State Bar No. 198673]**
3  **MONICA ROBINSON, Deputy County Counsel**
   **[State Bar No. 261450]**
4  **COUNTY OF SACRAMENTO**
   **700 H Street, Suite 2650**
5  **Sacramento, CA  95814**
   **Telephone:  (916) 875-9792**
6  **Facsimile:  (916) 874-8207**
   **E-mail:  robinsonm@saccounty.gov**
7  **File No.:  126602-000012**

8  Attorneys for County of Sacramento

9                    IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
10                              SACRAMENTO DIVISION

| | |
|---|---|
| **LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE,** on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>**COUNTY OF SACRAMENTO**<br><br>Defendant. | Case No. 2:18-cv-02081-TLN-CSK<br><br>JUDGE: Hon. Chi Soo Kim<br><br>[PROPOSED] **AMENDED ORDER FOR SUSPENSION OF MONITORING** |

Pursuant to the Consent Decree, Doc. No. 85-1, approved by the Court on January 13, 2020, Doc. No. 110, the "Defendant may, after conferring with Plaintiffs' counsel, request a finding by the Court that Defendant is in substantial compliance with one or more components of the Remedial Plan and has maintained such substantial compliance for a period of at least twelve months.  Unless otherwise ordered by the Court, such a finding will result in a suspension of monitoring by the relevant Court expert and Plaintiffs' counsel of any such component."  Doc. No. 85-1 ¶ 38.

In accordance with the Consent Decree and its remedial purposes, and pursuant to the Court's inherent power, IT IS HEREBY ORDERED that the Court approves the stipulated joint request for suspension of twenty-three (23) items contained in the Remedial Plan (ECF No. 226) based on a finding the Defendant is in substantial compliance with these provisions. The items of

the Remedial Plan for which monitoring by the relevant Court expert(s) and Plaintiffs' counsel shall immediately be suspended, subject to Paragraph 39 of the Consent Decree regarding resumption of monitoring under particular circumstances, are as follows:

**Americans with Disabilities Act (ADA)**

1. III.C.1
2. III.E.4
3. III.I.2

**Mental Health Care**

1. IV.A.a
2. IV.A.b
3. IV.A.e
4. IV.A.f
5. IV.B.2
6. IV.B.3

**Disciplinary Measures and Use of Force for Prisoners with Mental Health or Intellectual Disabilities**

1. V.A.1

**Medical Care**

1. VI.H.4
2. VI.I.3

**Segregation/Restrictive Housing**

1. VIII.E.1.a
2. VIII.E.1.b
3. VIII.E.1.c
4. VIII.E.2.a
5. VIII.E.2.b
6. VIII.E.2.c
7. VIII.E.2.e

      8.  VIII.E.2.f

      9.  VIII.E.2.g

      10. VIII.E.3.a

      11. VIII.F.1

Pursuant to the parties' joint request (ECF No. 228), this order supersedes and replaces the Court's previous order on this matter (ECF No. 227).

**IT IS SO ORDERED.**

Dated: December 19, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.amd.227