MARGOT MENDELSON (SBN 268583)
  mmendelson@prisonlaw.com
PATRICK BOOTH (SBN 328783)
  patrick@prisonlaw.com
MEGHA RAM (SBN 325134)
  mram@prisonlaw.com
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
*Attorneys for Plaintiffs*

AARON J. FISCHER (SBN 247391)
  ajf@aaronfischerlaw.com
Law Office of Aaron J. Fischer
1400 Shattuck Avenue, Ste. 12 - #344
Berkeley, CA 94709
Telephone: (510) 806-7366
Fax: (510) 694-6314
*Attorneys for Plaintiffs*

LISA A. TRAVIS, County Counsel
  [State Bar No. 184793]
JANICE M. SNYDER, Assistant County Counsel
  [State Bar No. 198673]
MONICA ROBINSON, Deputy County Counsel
  [State Bar No. 261450]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA 95814
Telephone: (916) 875-9792
Facsimile: (916) 874-8207
E-mail: robinsonm@saccounty.gov
File No.: 126602-000012
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN CSK<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE: CONSENT DECREE DURATION, UPDATED CONSENT DECREE, AND REVISED CLASS NOTICE**<br><br>**JUDGE:** Hon. Chi Soo Kim<br><br>Complaint Filed: July 31, 2018 |

///

///

The Court, having reviewed the Parties' *Joint Stipulation and Report Re: Consent Decree Duration and Modifications, Revised Class Notice*, (ECF No. 231), and with good cause shown, issues the following order:

**Consent Decree Duration.** The duration of the Consent Decree is, upon agreement of the Parties, extended by a period of two years, to January 13, 2028, subject to Paragraph 37 of the Consent Decree (provisions of Consent Decree and Remedial Plan with which the Defendant is not in compliance are subject to extension until substantial compliance is achieved) and Paragraph 38 of the Consent Decree (allowing for termination of the Consent Decree and Remedial Plan if Defendant maintains substantial compliance with its provisions for a period of two monitoring periods). Paragraph 37 of the Consent Decree is hereby modified to reflect the two-year extension of the Consent Decree and the court's jurisdiction thereof.

**Plaintiffs Class Counsel Attorneys' Fees and Costs.** Upon agreement of the Parties, Defendant shall pay Plaintiffs' counsel reasonable attorneys' fees and expenses up to $400,000 per year for monitoring of implementation of the Consent Decree and Remedial Plan. This annual compensation provision shall apply for each Sacramento County fiscal year (July 1-June 30). Paragraph 42 of the Consent Decree is hereby modified accordingly.

**Updated Consent Decree.** The Updated Consent Decree (ECF No. 231-1), jointly submitted by the Parties and reflecting this order and previous relevant orders of the Court, is hereby APPROVED and adopted as the Order of the Court. All parties shall comply with all terms in the Consent Decree and Remedial Plan. Defendant shall implement the Remedial Plan and accompanying policies pursuant to the schedule set forth therein.

The Memoranda of Agreement on Mental Health Care and Suicide Prevention Remedial Measures Implementation (ECF Nos. 153-1 & 225-1), remain in effect and shall continue to be subject to the monitoring and enforcement provisions set forth in the

1 | *Mays* Consent Decree.

2 | **Revised Class Notice.** The Revised Class Notice (ECF No. 231-3), jointly submitted by the Parties, is hereby APPROVED. Defendant shall post the Revised Class Notice in English and Spanish (in lieu of the previously approved notice (ECF No. 90-1) in the intake areas and in all housing units at all Sacramento County Jail facilities, in such a manner as to make the Revised Class Notice visible to all class members.

The Notice of Withdrawal of Jennifer Stark and Disability Rights California from Plaintiffs' class counsel team is received and accepted. The Prison Law Office and the Law Office of Aaron J. Fischer remain as designated class counsel in this matter.

**IT IS SO ORDERED.**

Dated:  December 23, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.stip.mod.consent.decree