MARGOT MENDELSON (SBN 268583)
mmendelson@prisonlaw.com
PATRICK BOOTH (SBN 328783)
patrick@prisonlaw.com
MEGHA RAM (SBN 325134)
mram@prisonlaw.co
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

AARON J. FISCHER (SBN 247391)
ajf@aaronfischerlaw.com
Law Office of Aaron J. Fischer
1400 Shattuck Avenue, Ste. 12, #344
Berkeley CA 94709
Telephone: (510) 806-7366
Fax: (510) 694-6314

LISA A. TRAVIS, County Counsel
  [State Bar No. 184793]
JANICE M. SNYDER, Assistant County Counsel
  [State Bar No. 198673]
MONICA ROBINSON, Deputy County Counsel
  [State Bar No. 261450]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA 95814
Telephone: (916) 875-9792
Facsimile: (916) 874-8207
E-mail: robinsonm@saccounty.gov
File No.: 126602-000012
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:18-cv-02081 TLN CSK<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER TO MODIFY REMEDIAL PLAN SECTION VII.N.2 AND FOR SUSPENSION OF MONITORING OF FIVE (5) SUICIDE PREVENTION PROVISIONS OF THE UPDATED CONSENT DECREE**<br><br>Complaint Filed: July 31, 2018 |

The parties have submitted a Joint Request to modify Remedial Plan Section VII.N.2 of the *Mays* Updated Consent Decree (ECF No. 231-1).  In accordance with the Updated Consent Decree and its remedial purposes, based on the parties' Joint Request as well as the Suicide Prevention Subject Matter Expert's agreement (as set forth in the Sixth Monitoring Report on Suicide Prevention Practices (ECF No. 237-1 at 86-87)) that the requested modification is appropriate, and pursuant to the Court's inherent power, IT IS HEREBY ORDERED that Remedial Plan Section VII.N.2 is modified to remove the words "by hanging," as follows:

> Custody staff may only temporarily place a patient in a safety suit based on an identified risk of suicide **by hanging** until the qualified mental health professional's evaluation, to be completed within the "must see" referral timeline. Upon completion of the mental health evaluation, the mental health professional will determine whether to continue or discontinue use of the safety suit.

All other provisions of the Updated Consent Decree and Remedial Plan are unchanged and remain in effect.

In addition, pursuant to the Updated Consent Decree (ECF No. 231-1), as approved by the Court on December 23, 2025 (ECF No. 234), the "Defendant may, after conferring with Plaintiffs' counsel, request a finding by the Court that Defendant is in substantial compliance with one or more components of the Remedial Plan and has maintained such substantial compliance for a period of **two consecutive monitoring reports.**  Unless otherwise ordered by the Court, such a finding will result in suspension of monitoring by the relevant Court expert and Plaintiffs' counsel of any such component." (ECF No. 231-1 ¶ 38.)

In accordance with the Updated Consent Decree and its remedial purposes, based on the parties' Joint Request, and pursuant to the Court's inherent power, IT IS HEREBY ORDERED that the Court approves the Joint Request for suspension of five (5) items contained in the Remedial Plan based on a finding the Defendant has been in

substantial compliance with these provisions for a sufficient period of time. The items of the Remedial Plan for which monitoring by the relevant Court expert is suspended, subject to Paragraph 39 of the Updated Consent Decree regarding resumption of monitoring under particular circumstances, are as follows:

**<u>Suicide Prevention</u>**

    1) Section VII.B.5

    2) Section VII.I.2

    3) Section VII.J.2

    4) Section VII.N.1

    5) Section VII.O.1

**IT IS SO ORDERED.**

Dated: February 24, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.stip.mod.consent.suic.prev