**Margot Mendelson (SBN 268583)**
  mmendelson@prisonlaw.com
**Patrick Booth (SBN 328783)**
  patrick@prisonlaw.com
**PRISON LAW OFFICE**
**1917 Fifth Street**
**Berkeley, CA 94710**
**Telephone: (510) 280-2621**
**Fax: (510) 280-2704**

**AARON J. FISCHER (SBN 247391)**
  ajf@aaronfischerlaw.com
**Law Office of Aaron J. Fischer**
**1400 Shattuck Avenue, Ste. 12 - #344**
**Berkeley, CA 94709**
**Telephone: (510) 806-7366**
**Fax: (510) 694-6314**
*Attorneys for Plaintiffs*

**LISA A. TRAVIS, County Counsel**
  [State Bar No. 184793]
**JANICE M. SNYDER, Assistant County Counsel**
  [State Bar No. 198673]
**MONICA ROBINSON, Deputy County Counsel**
  [State Bar No. 261450]
**COUNTY OF SACRAMENTO**
**700 H Street, Suite 2650**
**Sacramento, CA  95814**
**Telephone:  (916) 875-9792**
**Facsimile:  (916) 874-8207**
**E-mail:  robinsonm@saccounty.gov**
**File No.:  126602-000012**
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE, on behalf of themselves and all others similarly situated**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**COUNTY OF SACRAMENTO**<br><br>**Defendant.** | **Case No. 2:18-cv-02081-TLN-CSK**<br><br>**JOINT STATUS REPORT FOR MARCH 6, 2026 STATUS CONFERENCE**<br><br>**JUDGE: Hon. Chi Soo Kim** |

JOINT STATUS REPORT FOR MARCH 6, 2026 STATUS CONFERENCE

The Court has set a periodic status conference in this matter for March 6, 2026.  Dkt. 186. In advance of the status conference, the parties provide this Joint Status Report to update the Court on the status of the case, including relevant updates since the September 19, 2025 status conference, current issues related to Consent Decree implementation, the Second Memorandum of Agreement, and monitoring updates requested by this Court.

**I.      The Correctional Facility Master Plan [Unresolved Issues #1 and #2 of the Second Memorandum of Agreement]**

The County initiated a comprehensive Correctional Facility Master Planning process to address longstanding physical plant limitations affecting ADA compliance, housing capacity, and long-term correctional system design in August 2025.  This Correctional Facility Master Plan is meant to address Unresolved Disputed Issue #1 (Remediation of Physical Plant Deficiencies) in the Second Memorandum of Agreement.  Dkt. 225-1.

The County provides the following update:

The master planning effort includes inspection and analysis of existing jail facilities, population and operational assessments, evaluation of ADA, medical, and mental health compliance needs, including staffing needs for all service lines, and development of space planning and capital options.  The process is intended to generate ranked facility options and associated timelines and financing strategies for Board consideration.

The project is on schedule to be presented to the County in the form of a final report in October 2026.  The current phase of the master planning process is focused on the medical and mental health needs of the inmate population.  This phase of the process is intended to identify the systematic gaps in the County correctional facilities, staffing and programming.  Recommendations will be provided to the County to meet both the immediate and long-term needs identified during this phase of the project.

The project also includes a written mental health care needs assessment report, which must be completed and filed with the Court by June 1, 2026.  Preparation of this report has included gathering input from the Subject Matter Experts and Class Counsel as required by the

-2-

Second Memorandum of Agreement addressing Unresolved Disputed Issues #2, #3, and #4 (Mental Health Care Delivery).  Dkt. 225-1 ¶¶ 8-10, at 6.

**II.      County Update Regarding Interim Measures for Acute Psychiatric Unit (APU) and Intensive Outpatient Program (IOP) Services [Unresolved Disputed Issues #3 and #4 of the Second Memorandum of Agreement]**

As an interim measure to address Unresolved Disputed Issue #3 in the Second Memorandum of Agreement, the County agreed to expand the Acute Psychiatric Unit (APU) from a current capacity of seventeen (17) patients to forty-eight (48) patients, including seven (7) APU step-down beds, with the project to be completed by June 12, 2026.  Dkt. 225-1 ¶¶ 15-16.

The County provides the following update:

This construction project and programming augmentation is on schedule to be completed by June 12, 2026.  The project will also include modification of the Suicidal Inmate Temporary Housing Unit (SITHU) to add suicide-resistant features, ADA-compliant facilities, and a safety corridor for health care staff to conduct Constant Observation of SITHU patients when clinically indicated to be completed in November 2026.  Dkt. 225-1 ¶ 17.

In addition, as an interim measure to address Unresolved Disputed Issue #4 in the Second Memorandum of Agreement, and pending completion of the Master Planning assessment and Facilities Master Plan, the County agreed to augment the Jail system's IOP capacity.  The County has completed this augmentation as set forth in Paragraph 19(c) and (d).  Dkt. 225-1 at 8.  Thirty-two (32) additional male IOP beds in the CBF 200 housing unit at RCCC and ten (10) additional female IOP beds at the Main Jail 3 West 100 pod have been activated.  *See* Affidavit of Monica Robinson re: IOP Activated Units, Dkt. 238, Feb. 20, 2026.

Determinations on any further mental health program capacity necessary for compliance with the *Mays* Consent Decree will be informed by the forthcoming comprehensive mental health needs assessment and related analyses, to be completed through the Master Planning process.  Dkt. 225-1 ¶ 17.

JOINT STATUS REPORT FOR MARCH 6, 2026 STATUS CONFERENCE

**III.    Status of Monitoring Consent Decree Implementation**

The County continues to work towards implementation of the Remedial Plan, and Plaintiffs' class counsel and the court-appointed Subject Matter Experts continue to monitor Remedial Plan implementation.  Following agreement by the parties and Court approval, monitoring for 60 Remedial Plan provisions has now been suspended.  Dkt. 205, 229, 239.  Since the September 2025 status conference, monitoring reports regarding ADA/Disability (Dkt. 230-1), Medical Care (Dkt. 235-1), and Suicide Prevention (Dkt. 237-1) have been filed with this Court.[1]

The Mental Health Care Subject Matter Experts, newly appointed by the Court in September 2025, Dkt. 220, conducted a monitoring site visit in January 2026 and are preparing the Sixth Round Mental Health Care Report for the Parties' review in March 2026.

Plaintiffs' class counsel conducted a monitoring visit regarding the Restrictive Housing provisions of the Remedial Plan in January 2026, and will be completing their report in the near term.

At the Court's encouragement, the Parties submitted a Joint Stipulation and Report that compiled modifications to the original Consent Decree, to enhance clarity and facilitate further progress towards full implementation of Consent Decree requirements.  Dkt. 231.  The Court issued its Order re: Consent Decree Duration, Updated Consent Decree, and Revised Class Notice (Dkt. 234) on December 23, 2025, which approved and adopted the Updated Consent Decree (Dkt. 231-1) as an Order of the Court.

Since that time, there has been one further modification to the Updated Consent Decree – specifically, a modification of the language in Remedial Plan Section VII.N.2 (regarding Suicide

---

[1]    Given the nature of this class action, including the considerable interest of class members and their loved ones as well as the public, class counsel has made ongoing efforts to ensure that the public has access to substantive and important information about the case, consistent with the *Mays* Protective Order in the case.  Class counsel has an online *Mays* Case Page with relevant case documents and resources, including the Consent Decree and Remedial Plan, court orders, and monitoring reports.  The *Mays* Case Page web site is: https://prisonlaw.com/sacramento.

JOINT STATUS REPORT FOR MARCH 6, 2026 STATUS CONFERENCE

Prevention) that was endorsed by the Suicide Prevention Subject Matter Expert.  Dkt. 239; *see* Dkt. 237 (Joint Status Report requesting modification).

**IV.     Next Status Conference**

The parties are requesting the next status conference be set for approximately six months from now.

**V.     Conclusion**

The parties appreciate the Court's time on this important case, and look forward to the March 6 status conference.

DATED:      February 26, 2026

By:     /s/ Monica Robinson
Monica Robinson (SBN 261450)
SACRAMENTO COUNTY COUNSEL
Attorney for Defendant

DATED:      February 26, 2026

By:     /s/ Patrick Booth
Patrick Booth (SBN 328783)
PRISON LAW OFFICE
Attorney for Plaintiffs

DATED:      February 26, 2026

By:     /s/ Aaron J. Fischer
Aaron J. Fischer (SBN 247391)
LAW OFFICE OF AARON J. FISCHER
Attorney for Plaintiffs

3210547

-5-