LISA A. TRAVIS, County Counsel
  [State Bar No. 184793]
JANICE M. SNYDER, Assistant County Counsel
  [State Bar No. 198673]
MONICA ROBINSON, Deputy County Counsel
  [State Bar No. 261450]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 875-9792
Facsimile:  (916) 874-8207
E-mail:  robinsonm@saccounty.gov
File No.:  127292-000002

Attorneys for County of Sacramento

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO<br><br>Defendant. | Case No. 2:18-cv-02081-TLN-CSK<br><br>JUDGE: Hon. Chi Soo Kim<br><br>~~[PROPOSED]~~ ORDER FOR AMENDMENT TO COUNTY STATUS REPORTS (CONSENT DECREE PARAGRAPH 12) |

In accordance with the Consent Decree and its remedial purposes, based on the Parties' joint request and pursuant to the Court's inherent power, the Court approves the following amendment to paragraph 12 of the Updated Consent Decree (Doc. No. 231-1, p. 3-4), with the modifications italicized:

Not less than 120 days, and not more than 180 days, after this Consent Decree is approved by the Court, Defendant shall provide to Plaintiffs' counsel and the Court Experts (discussed below) a Status Report which (1) shall include a description of the steps taken by Defendant to implement each provision set forth in the Remedial Plan; and (2) specifies provisions of the Remedial Plan which have not yet been implemented.  With respect

-1-

to the provisions of the Remedial Plan not yet implemented, Defendant's Status Report shall (i) describe all steps taken by Defendant towards implementation; (ii) set forth with as much specificity as possible those factors contributing to non-implementation; and (iii) set forth a projected timeline for anticipated implementation based on the best information available to Defendant.  *Defendant shall once each year – on or before February 15 of each calendar year – provide to plaintiffs' counsel and the Court Expert, and file with the Court, an updated Status Report addressing each item of the Remedial Plan and shall specify whether it is in substantial compliance, partial compliance, or noncompliance with each provision of the Remedial Plan.  Thirty days prior to all subject matter monitoring site visits (discussed below), the County shall provide a subject matter-specific Status Report addressing specific items of the Remedial Plan and shall specify whether it is in substantial compliance, partial compliance, or noncompliance with each provision of the Remedial Plan specific to the upcoming monitoring site visit.* ~~Not later than the end of each subsequent 180-day period during the term of this Consent Decree, Defendant shall provide to Plaintiffs' counsel and the Court Experts (discussed below) an updated Status Report addressing each item of the Remedial Plan and shall specify whether it believes it is or is not in substantial compliance with each provision of the Remedial Plan. The County shall file Status Reports on February 15th and August 15th. The reporting period from January 1st through June 30th will be reported in the August 15th County Status Report. The reporting period from July 1st though December 31st will be reported in the February 15th County Status Report.~~

///

///

~~[PROPOSED]~~ ORDER FOR AMENDMENT TO COUNTY STATUS REPORTS

The procedural change set forth in this amended provision will go into effect immediately.  All other provisions of the Updated Consent Decree (231-1) remain in full effect.

**IT IS SO ORDERED.**

Dated:  April 29, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.am.co.SRs

-3-
[PROPOSED] ORDER FOR AMENDMENT TO COUNTY STATUS REPORTS