**LISA A. TRAVIS, County Counsel**
**[State Bar No. 184793]**
**JANICE M. SNYDER, Assistant County Counsel**
**[State Bar No. 198673]**
**MONICA ROBINSON, Deputy County Counsel**
**[State Bar No. 261450]**
**COUNTY OF SACRAMENTO**
**700 H Street, Suite 2650**
**Sacramento, CA 95814**
**Telephone: (916) 875-9792**
**Facsimile: (916) 874-8207**
**E-mail: robinsonm@saccounty.gov**
**File No.: 127292-000002**

**Attorneys for County of Sacramento**

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE, on behalf of themselves and all others similarly situated**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**COUNTY OF SACRAMENTO**<br><br>**Defendant.** | **Case No. 2:18-cv-02081-TLN-CSK**<br><br>**JUDGE: Hon. Chi Soo Kim**<br><br>**~~[PROPOSED]~~ ORDER FOR SUSPENSION OF MONITORING** |

**SUSPENSION OF MONITORING REQUEST**

Pursuant to the Consent Decree, the "Defendant may, after conferring with Plaintiffs' counsel, request a finding by the Court that Defendant is in substantial compliance with one or more components of the Remedial Plan and has maintained such substantial compliance for a period of two consecutive monitoring reports. Unless otherwise ordered by the Court, such a finding will result in a suspension of monitoring by the relevant Court expert and Plaintiffs' counsel of any such component." Updated Consent Decree, ECF No. 231-1 ¶ 38.

In accordance with the Consent Decree and its remedial purposes, and pursuant to the Court's inherent power, **IT IS HEREBY ORDERED** that the Court approves the proposed stipulated suspension of fifteen items contained in the Remedial Plan finding the Defendant is in substantial compliance with these provisions. (ECF No. 247.) The items of the Remedial Plan

for which monitoring by the relevant Court expert(s) and Plaintiffs' counsel shall immediately be suspended, subject to Paragraph 39 of the Consent Decree regarding resumption of monitoring under particular circumstances, are as follows:

**Americans with Disabilities Act (ADA)**

1. III.C.2
2. III.J.1

**Medical Care**

1. VI.B.2
2. VI.C.1

**Restrictive Housing**

1. VIII.E.2.d
2. VIII.E.3.b.i
3. VIII.E.3.b.iv
4. VIII.E.3.c.c
5. VIII.E.3.c.e
6. VIII.F.4
7. VIII.F.4.a
8. VIII.F.4.c
9. VIII.F.5
10. VIII.G.9
11. VII.G.10

**IT IS SO ORDERED.**

Dated: July 23, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1/may2081.No.247.susp.mon