**LISA A. TRAVIS, County Counsel**
**[State Bar No. 184793]**
**JANICE M. SNYDER, Assistant County Counsel**
**[State Bar No. 198673]**
**MONICA ROBINSON, Deputy County Counsel**
**[State Bar No. 261450]**
**COUNTY OF SACRAMENTO**
**700 H Street, Suite 2650**
**Sacramento, CA 95814**
**Telephone: (916) 875-9792**
**Facsimile: (916) 874-8207**
**E-mail: robinsonm@saccounty.gov**
**File No.: 127292-000002**

**Attorneys for County of Sacramento**

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **LORENZO MAYS, RICKY RICHARDSON, JENNIFER BOTHUN, ARMANI LEE, and LEERTESE BEIRGE, on behalf of themselves and all others similarly situated**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**COUNTY OF SACRAMENTO**<br><br>**Defendant.** | **Case No. 2:18-cv-02081-TLN-CSK**<br><br>**JUDGE: Hon. Chi Soo Kim**<br><br>**~~[PROPOSED]~~ ORDER FOR AMENDED REMEDIAL PLAN PROVISION RE: EMERGENT REFERRAL RESPONSE TIME** |

**CONSENT DECREE PROPOSED AMENDED LANGUAGE**
**[Mental Health Section IV.F.6(e)(ii)]**

The parties, after consultation with the mental health subject matter experts and based on the record in this case, request that the Court approve an amendment to Section IV.F.6(e)(ii) of the Remedial Plan. The provision will now read as follows:

**IV.F.6(e) Referrals and triage:**

…

ii. Referrals and requests for mental health services shall be handled in accordance with the following timeframes, and based on the definitions and guidance in Exhibit A-2:

- Prisoners with "Must See" (Emergent) mental health needs shall be seen for assessment or treatment by a qualified mental health professional as soon as possible, and within ~~six (6)~~ four (4) hours.

> Prisoners with emergent mental health needs shall be monitored through continuous observation until evaluated by a mental health professional.

Good cause appearing, IT IS HEREBY ORDERED that Section IV.F.6(e) of the Remedial Plan appended to the Updated Consent Decree (ECF No. 231-1) is amended as indicated above. (ECF No. 247.)

**IT IS SO ORDERED.**

Dated: July 23, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mays2081.mod.MH